# Exhibit B

4/9/22

I am a Christ follower who believes in the sixty-six books of the Holy Bible as the inspired and infallible Word of God (2 Tim 3:16, Heb 6:18). I humbly state that while I at times have failed my Lord in many ways, I try my best to follow Him and fully believe what the Bible teaches. The Bible teaches that my body is the temple of the Holy Spirit, and that I am not my own, but bought with a price (which was the sacrifice of my Lord, Jesus Christ) and so I cannot in good conscience take that body and subject it to something I believe to be harmful.   I know that humans are created in the image of God and we are to honor the Lord with our bodies (1 Corin 6:20). I am to pray and seek the Lord's will in all areas of my life and I have, repeatedly, in this decision regarding the care and keeping of my children (Prov 3:5-6, James 1:5). It is up to me and me alone, under the compelling of the Holy Spirit, to decide what consume, listen to, watch, eat, drink, and take. Anything that can negatively affect my body (or my young children) by my choice is in direct contradiction to the Spirit and therefore sinful.

I feel a deep and compelling certainty and faith that no matter the consequence, vaccinating my daughter is not what the Lord would have me do. The Word of God clearly shows me that it is a sin to have a clear conviction about something but do it anyway (Romans 14:23). The Lord has faithfully guided me in the care of her since she unexpectedly came into my life in 2016. I have had to make sacrifices in my own life to be obedient to this as far as my career and child care and now education options for her. When we approached kindergarten age, because I am now a single parent, I again sought the Lord through prayer and fasting, and again had no peace about vaccinating her. This gave me no other choice but to homeschool her. I do not often venture to guess why God leads me in this specific decision, I am aware of immoral practices of the use of aborted fetal cells and many other toxins in the use of vaccines, but in addition to this, I fear that not only are they morally abhorred, but that they may harm her in some way. Of the 3 biological family members that I am aware of, each have mental/physical impairments. I am aware of certain genetic mutations but again, I don't assume any specific reason that I should not vaccinate her, I simply avoid it in obedience to what the Lord has clearly and repeatedly led me to do.

I also researched vaccinations as I sought the Lord in making this decision and found that many have been manufactured using fetal cell lines obtained through

murdered, aborted children, either in the materials of the injections themselves or in the development and testing of those materials. This is absolutely contrary to the Word of God, which states, "You must not murder" (Exodus 20:13). The Scriptures I base my life on state to "Stay away from every kind of evil" (1 Thessalonians 5:22). I am not against modern medicine and understand that culturally, our society seems to ignore the murder of aborted children for the sake of the greater good in medical advances, but I believe strongly that this is against what my God has commanded.

I also believe that there is also a significant difference between a body in crisis needing help and a body that is healthy accepting a medical procedure. I believe God would accept the former, but not the latter.

The Holy Scriptures that I study and base my life on state that our faith rests not on human wisdom but on the power of God (1 Corin 2:5) and Jesus taught that, "Those who are well do not need a physician, but the sick do."(Matthew 9:12) He repeated this again in Mark 2:17, "When Jesus heard it, he said unto them, 'They that are whole have no need of the physician....". My daughter is a healthy, robust child. She has never required a sick visit. Any time that I have considered vaccines (such as when mandated to enter school) and then seek the Lord's will through prayer and fasting, I do not have any peace to vaccinate her and rather have a strong compelling certainty that I should not.

In closing, the above is a partial explanation of my sincerely held personal religious beliefs. I hope I have described them sufficiently here for this purpose, but there is much more within my faith and in the Holy Bible, as well as how I have sought the Lord within my personal prayer time that guide me in my convictions. With humility, I only seek the free exercise of my religion according to the First Amendment to the United States Constitution, as a citizen of the land protected by that document. Based on what I have shared here, I request that this religious exemption request be approved.

Respectfully and sincerely,

*Kimberly Harrell*

Kimberly Harrell