# Exhibit C

I believe that there is a loving God. The Bible affirms that God is All-powerful, Almighty and Omnipotent. I believe this because He is the only God who can perform miracles, forgive sin and give us eternal life. I follow and trust in the Lord's Word and I believe we are here on earth to follow God's will. Having a personal relationship with God through faith in Jesus Christ, the son of God, our sins will be forgiven. I believe that Jesus lived a perfect, sinless life, and he was crucified to pay the penalty for our sins. I believe that the Holy Spirit lives in us and in the hearts of believers and intercedes during times of weakness and reminds us of things taught by Christ. I believe that the Bible lends help in understanding God's will and helps us to seek the paths He has created for us to follow His will. He has richly blessed us with everything we need on earth to live a healthy and peaceful life. When we die, I believe that we enter into the Kingdom of Heaven and we are then reunited with our Gracious Lord and loved ones to live for eternity.

My faith plays a big part in my life daily, as well as my entire family. I was born into Catholicism and have been actively involved since then. I continue to exercise my Catholic faith by attending church services as I have my entire life, continuing to learn from the scripture, and continuing to practice all that I have learned about the Lord over my entire life. I am now passing these teachings on to my children, daily. We say prayers each night before we go to sleep, we bless our food, and we pray before a big event or function, test, game, competition, or when we must make hard decisions. Both of my sons made their First Communion last year so they are now able to receive Communion with me. I meditate for 10 minutes daily. I fast when I can for discernment and to enhance my prayer. My family and I attend church and tithe each Sunday as well. We pray the Rosary and Chaplet of the Divine Mercy several times a week. Personally, I have also been participating in a rosary prayer group since 2002 and have been inspired by many of the members. My family and I give thanks daily for our blessings. We make the sign of the cross and say a Hail Mary when passing by Catholic churches. I try to keep my faith present in my every day tasks and chores too. I like to say the Rosary while driving. I wear two crosses daily that represent the births of my two boys. My husband gifted them to me on the days they were born. I have crosses on walls in our home, pictures and paintings of Jesus, the Our Father prayer, Mary and angel statues in our garden. We listen to worship music throughout the day. My children have favorite worship songs that we play in the car and in our home when doing homework or working on small projects.

While I know the Catholic Church and the Pope in particular have made various statements over the years in favor of vaccines, the Pope was not speaking infallibly and as with his opinion on any other matter of the day, it is in no way binding on me as a Catholic. For me personally, the Church's position on vaccines in no way affects my beliefs because my own faith, conscience, and personal relationship with the Lord guide my decisions. While I consider myself a devout Catholic, my faith is truly my own and it is based on my own personal relationship with the Lord who I believe speaks directly to me through prayer and scripture through the Holy Spirit. In fact, even when I heard that the Pope came out in favor of Covid vaccines, I didn't reconsider my beliefs for a moment because I am so certain about God's instruction for me and my family when it comes to vaccines.

With the exception of my oldest getting one Tdap shot, my children have not received any vaccines because my sincere and genuine faith in God forbids me from vaccinating them. In the instance of my oldest son's shot, although I came to my religious beliefs on vaccines twenty years ago, my husband and I did not always share the same religious beliefs. When my son was around 20 months old, my husband took him to a doctor's visit and, unfortunately, allowed fear instilled in him instead of faith in God to guide him, and gave our son the Tdap vaccine against my wishes. Afterwards, we prayed together many times and had many long discussions. Ultimately, my husband has come to share my religious beliefs and we have not given our children any vaccines since then.

Primarily, I believe that our bodies are sacred Temples of the Holy Spirit, created by God, and we are to honor God with our body. This means that our bodies are not our own but of God. God's creations are perfect to begin with and I trust in my God and all he has created as being perfect. Exodus 15:26: He said, "If you listen carefully to the Lord your God and do what is right in his eyes, if you pay attention to his commands and keep all his decrees, I will not bring on you any of the diseases I brought on the Egyptians, for I am the Lord, who heals you." I believe that it is our duty to live by faith in word and deed and that includes having faith in God's perfect design of our bodies and immune systems. The Lord made us the way He intended. Vaccines are a violation of our duty to put our faith in Him because they preemptively reject and doubt God's design, which is a sin. [Bible verse] They are man's attempt to overstep God's authority by outdoing and overriding what He intended, which I refuse to do. I put my faith in the Lord and not man.

Beyond that, vaccines created using aborted fetal tissue or cell lines created from that tissue are against my faith. I firmly believe that life beings at conception. God is eternal and He has always had a plan for each individual human soul He brings into existence, including the timing of each person's conception. "Children are a heritage from the Lord, and the fruit of the womb is his reward." Psalm 127:3. God reveals to us in His Word that not only does life begin at conception, but He knows who we are even before then. "Before I formed you in the womb I knew you. Before you were born I set you apart." - Jeremiah 1:5. Not only is abortion murder because it ends a life, but on a more basic level, it rejects and alters God's will and His intended plan for that person's existence. I refuse to have any part in that level of sin and I refuse to accept any product that relied on abortion and required the DNA, cells, or tissue from these babies in order to exist. Accepting these vaccines goes completely against my beliefs because it supports abortion and deeply violates my conscience.

*Brandi Senseney Renfroe*
Brandi Senseney Renfroe