# Exhibit D

My faith came to me early in life and the Holy Spirit has always been my teacher. When I gave my life to Christ, it was because the Holy Spirit came upon me in the hallway of my high school. I had been living in sin. Immediately my life was completely changed. I stopped sinning, found a church, and began reading a Bible I bought from the local Christian Book Store that was like the pastor's Bible. I did not grow up in a Christian home, so I did not have a whole lot of influence there, but instead I read my Bible and prayed and God has led me along the way.

Today, I am a born-again, Holy Spirit-filled believer in Jesus Christ, the son of the living God. I believe God sent His Son, Jesus Christ, to die for the sin of the world. He took my punishment on the cross of cavalry. Since the day I came to the saving knowledge of Jesus Christ, my life has never been the same. I do not live for myself, but for Him. As the scripture says in 1 Corinthians 6:19-20, I was bought by the blood of Jesus and should glorify God with my body, which is the temple of the Holy Spirit. Also in Galatians 2:20, "I have been crucified with Christ, it is no longer I who live, but Christ lives in me. And the life I now live in the flesh, I live by faith in the Son of God, who loved me and gave himself for me." I seek to live a life that pleases Him, with the Holy Bible and the Holy Spirit as my guide. When my time on earth is done and I have fulfilled the purpose which He has ordained for me, the Lord will call me to my heavenly home where I will reign with him forever. I look forward to worshipping my God freely forever in eternal glory. He is my Creator, I was created to worship Him. My loyalty is to Him first, always.

My faith is who I am. I fast when the Holy Spirit prompts me to. I have seen God do amazing, supernatural miracles through fasting and prayer. I like to get up early in the morning to pray. My husband and I clean the church a lot and I pray in the sanctuary during that time. I pray with my children at night and often we have family devotional time where we read scripture and pray together. I attend church weekly if possible on Sundays and sometimes on Wednesdays when I am not working. I go to a ladies' retreat and my children go to church camp. We also go to a Christian Family Camp in the summer. We tithe to our church and donate to Christian ministries and missionaries. My husband and I have both been to Kenya to preach the gospel. We support missionaries there. I have taught an evangelism class at our church and volunteer in the nursery when needed. When the Holy Spirit speaks to me, I often get prophetic words for people. The Holy Spirit is God himself. It is the essence of God's character and nature. The Father sends the Holy Spirit to dwell within all who belong to Him, to all who accept Jesus Christ as Saviour (John 14:26). The Holy Spirit empowers believers to walk on this earth differently, in a way that pleases God and brings Him glory. The Holy Spirit teaches, comforts, enables, empowers, and encourages believers. The Holy Spirit connects believers to God in a powerful and intimate way.

I love to pray over people. I read my Bible often and listen to it on an app. I have journals full of testimonies from what God has done in and through my life. I plan to do more mission work overseas in the future. I strive to walk with God daily, seeking His direction for daily decisions and long-term direction as well.

I also strive to live a life that is based on faith in God for protection, safety, and health. I believe that the Lord God of Heaven can cure sickness if He so chooses, as is mentioned in James 5:14,

"Is anyone among you sick? Let them call the elders of the church to pray over them and anoint them with oil in the name of the Lord." My husband is an elder in our church. If I or my child is sick, my first step is to call on him and the elders of the church to pray for healing. Taking a vaccine when I am not even sick, or allowing my child to get one, makes me feel like I am stating outwardly that I am not trusting in God for healing and takes the glory away from Him. Exodus 23:25 says, "Worship the Lord your God, and His blessing will be on your food and water. I will take away sickness from among you." I trust God for healing and for discernment and wisdom on treatment when treatment becomes necessary. Ultimately, I look forward to being with God in glory, as is written in Revelation 21:4, "He will wipe every tear from their eyes. There will be no more death or mourning or crying or pain, for the old order of things has passed away." I have no fear of death. I trust God with my life and my death and that of my family members.

Taking a vaccine shows a lack of faith in my God because it gives a false sense of safety. It provides a false notion that I am now protected and immune to disease, something that God alone gives to His children. Mankind continuously strives to sinfully minimize the sovereignty of God by interfering where we should not. We cannot play God and neither should we try to. When the government, doctors, and educators say, "Take this vaccine or you will get severely sick or die, or you can cause everyone else around you to get sick or die," then they are trying to convince me to put my faith in the vaccine instead of God, who alone promises to "take care of all my needs according to his riches in glory in Christ Jesus" (Phillipians 4:19). Vaccines are a fear-based approach to health. I choose a faith-based approach to my physical well-being. According to 1 Samuel 2:6, "The Lord brings death and makes alive; he brings down to the grave and raises up." Also, Psalm 118:8 says, "It is better to take refuge in the Lord than to trust in humans." I trust how God designed our bodies to function and I will not put my faith in a vaccination to "keep me healthy", but in the living God who brings true peace and healing.

Another major objection I have to injecting vaccines into my body or my children's body is the aborted fetal cell line or remnants resulting from "previous research" used in creating the vaccines. 1 Corinthians 6:19-20 says, "Or do you not know that your body is a temple of the Holy Spirit within you, whom you have from God? You are not your own, for you were bought with a price. So glorify God in your body." I believe that I am a soul that lives in a human body. When I became a believer, the Holy Spirit came to dwell in this human body with me (2 Timothy 1:14, 1 Corinthians 3:16). This body is a precious temple and I strive to take care of it. I do not eat pork or smoke tobacco or put anything into my body that I believe could compromise my physical well-being.

The aborted fetal cell lines used in vaccines were obtained from a dismembered prebirthed child or children. I believe that life begins at conception, as God says that He Himself formed us all in our mother's womb and created our "inward parts" (Psalm 139:13). Jeremiah 1:5 also states, "Before I formed you in the womb, I knew you, before you were born I set you apart; I appointed you as a prophet to the nations." The Bible also states that God hates the "shedding of innocent blood" in Proverbs 6:16-17). I cannot endorse the use of aborted babies in production of vaccinations by injecting them into my body or my children's bodies. This directly

contradicts my beliefs in the sanctity of human life. Scripture clearly states that I am to abstain from every appearance of evil (1 Thessalonians 5:22). Romans 1:32 says, "Although they know God's righteous decree that those who do such things (murder, invent ways of doing evil, etc.) deserve death, they (wicked people) not only continue to do these very things but also approve of those who practice them." I refuse to be one who "approves" of those who support murdering unborn children for the sake of "science." God blesses and curses for generations. Numbers 14:18 clearly states that God "will by no means clear the guilty, visiting the iniquity of the fathers on the children, to the third and the fourth generation." By participating in the sin of the generations before my own that used these aborted cell lines, I am knowingly partaking in their sin. I do not wish to bring their curse upon me or my family.

I am not perfect and never will be on this side of heaven. Each day I can choose to walk in the flesh or walk in the Spirit. When I do walk in the Spirit, I see him do amazing miracles while he proclaims His truth to the world. He loves his creation. He loves you and me. His love is greater than we could ever know. It's deep. Really deep. In this instance, the Lord has revealed to me that vaccines are against His will for me and the commands in the Bible for my life. And for this revelation of the knowledge of God I say, "Praise Him!"

*Amanda Bosarge*
Amanda Bosarge