# Exhibit E

I, William David Morgan, write to request a religious exemption to vaccination for my son. The following paragraphs are my deeply-held beliefs. I believe in God, the Father almighty, creator of heaven and earth. I believe in Jesus Christ, His only Son, our Lord, who was conceived by the Holy Spirit and born of the virgin Mary. He suffered under Pontius Pilate, was crucified, died, and was buried. The third day He rose again from the dead (conquering sin and death). He ascended to heaven and is seated at the right hand of God the Father almighty. From there He will come to judge the living and the dead. I believe in the Holy Spirit, the communion of saints, the forgiveness of sins, the resurrection of the body, and the life everlasting.

I believe that God is omnipotent, omnipresent, omniscient. God is completely sovereign and nothing happens without His permission. No matter what happens in our lives (good, bad, or indifferent) God can use it for His glory. Even what Satan intends for evil, God can use for good. One of my favorite Bible verses is Romans 8:28 – "God allows all things to work together for the good of those who love Him and are called according to His purpose."

Jesus is the sinless Son of God and the Savior of the World. He is the visual representation of the unseen God (Colossians 1:15) and without faith and trust in Jesus, I cannot be reconciled to the Father. Reconciliation is needed to spend eternity in heaven because as a result of the fall of man in the Garden of Eden, I was born a sinner. Sin separates me from God. There is nothing that I can do to save myself or "earn" my place in heaven. Scripture tells me that my best acts are like filthy rags in comparison to God. The only way to be reconciled to the Father and spend eternity in heaven is to be declared righteous. Again, no one is righteous (in right standing with God). However, we have an advocate. We have a Savior. His name is Jesus. Once I put my faith in Jesus as my Lord and Savior and my only hope for eternity I am declared righteous. I am not declared righteous because of anything I have done. Instead, I am declared righteous because of what Jesus has done when He died in my place. Romans 8:1 says that there is no condemnation for those who are in Christ Jesus. Now, I can live out Galatians 2:20 "I have been crucified with Christ. it is no longer I who lives, but Christ who lives in me. Now, the life that I live in the flesh I live by faith in the Son of God, who loved me and gave Himself for me." It's the great exchange – my sin for His righteousness. A life of obedience will be the by-product of this new life.

I also believe that God is three in one (God the Father, God the Son, God the Holy Spirit). The Holy Spirit is one of the three persons in the Trinity. When Jesus ascended into heaven, He promised to send His helper (The Spirit) to dwell within the hearts and minds of Christ followers.

The Spirit leads and guides us as we grow in our understanding of God. He also gives us Spiritual discernment and continually sanctifies us as we conform to the image of Christ. The Spirit gives us the ability to make wise decisions that reflect the will of our Heavenly Father. Also, when we don't know what or how to ask for something the Holy Spirit intercedes for us. We do not have to use outside measures or superstition to know God's will for us. We can rely on the Holy Spirit and the convictions He has laid on our hearts. I think it's interesting that after the Holy Spirit descended upon the apostles at Pentecost in the New Testament, you never read of God's people "casting lots" again in order to know what to do or choose. The Holy Spirit gives us that sound mind.

    As a Christ follower I have a major responsibility to be a representative of Jesus. My purpose on this earth is to know God and make Him known, to make disciples, and to walk as Jesus walked. "Go! Make disciples of all nations, baptizing them in the name of the Father, Son, and Holy Spirit, teaching everything that I taught you until the end of the age." If my desire is to be who and what God designed me to be (salt of the earth & a light to the world) it is imperative that I live holy (set apart). Sometimes that means "going against the grain". Sometimes that means *not* doing what the world may deem acceptable or appropriate. Sometimes that means standing for what is right even though I may be surrounded by others who are committed to doing wrong.

    After physical death we will all experience eternity - if we have confessed and repented of our sins, surrendered our lives to Jesus, accepting Him as Lord and Savior we will spend eternity with Jesus in heaven. John 14:6 states that Jesus is THE WAY, the truth, and the life - no one comes to the Father except through Him. If I do not confess and repent of my sins I will remain separated from the Lord, dead in my trespasses & sins, and I will spend eternity in hell. As stated, in order to enter heaven I must be righteous (in right standing with God). The only ways to do that are to live a perfect life (which I can't) or to be covered by the blood of Jesus (put on His righteousness). Jesus' blood represents His life, death, and resurrection. I must be so identified with His life, death, and resurrection so that when God the Father looks down He doesn't see Will Morgan, He sees His Son, Jesus.

    My mother was instrumental in shaping my faith. She did not merely speak about the teachings of Jesus, she modelled them. She was a walking testimony of how the Lord saved her from sin and self, and she now lives a life filled with Spiritual integrity, maturity, and discipline. It's one thing to speak about the fruit of the Spirit and the attributes of Christ. It's another thing to practice them. One of the best things she taught me was that in order to consistently exhibit Christ's

attributes (be the hands of feet of Jesus) we must understand Jesus' attributes and how He acted and reacted to people. We must study Him and His word daily if we want to be a daily representation of Him to others.

I strive to begin every day in prayer (Psalm 118:24 - This is the day that the Lord has made, let us rejoice and be glad in it). In addition to that I spend quality time in His Word. I am currently reading the Bible from cover to cover for the 2nd time via the Chronological Bible reading plan. I think it is incredibly important to know the Word of God in order to accurately represent Jesus to the world as a witness, and be able to tell the difference between false truth and absolute truth. I typically journal or meditate on what I've read and I strive to read again at night (devotional or independent study of another book of the Bible that I am not currently reading in my Chronological reading). I fast on occasion (food, social media, etc - anything that is drawing my attention away from full devotion to the Lord). I do not drink or smoke. As stated, Prayer is a major part of my life. I strive to remain in communion and prayerful mindset throughout the day. This helps me to be an authentic Christian witness to others. I am of the understanding that everything I say and do has ripple effects on those around me. I want to make sure those ripple effects are in association with God's Word and will. Along with individual worship and study I believe it's important for every Christian to corporately worship as well. I attend Bible study, discipleship, or traditional church services on Tuesday nights, Wednesday nights, and Sunday mornings / nights. It's not about quantity, but I try to stay immersed in the gospel as much as I can.

I try to model an authentic Christian life for my family (my 1st ministry). This entails leading my wife in prayer, loving her and my children as Christ loved the church, doing practical things in the home like reading Bible stories to my children before bed, and being observant for opportunities to share the gospel in everyday things like a sunrise or a bird's song. However, not every act of Christian service within our household is glorious. Some of it is mundane like doing the dishes, helping with laundry, or taking out the garbage. It's not a perfect household by any means, but we strive to serve each other above self and show the love of Christ to each other as best as we can.

My faith prevents me from consenting to vaccination for myself or my children because:
1. 1 Corinthians (6:19-20 and 10:31) tells me that the body is God's temple because the Holy Spirit resides within us. I believe the ingredients in vaccines violate God's command to treat my body as the temple of God. In the Old Testament, the Temple

of God was a physical and sacred place. It was the primary place of worship and Hallowing of the Lord. We are taught in the New Testament, via the gospel of Christ, that we are not limited to a physical building to worship and honor God. Because of Christ's sacrifice on the cross believers are now members of God's "household", built on the foundation of the apostles and prophets, with Jesus being the chief cornerstone. Together, believers make the temple of the Lord. As individuals we act as mobile embassies and ambassadors of the kingdom of God. In other words, our bodies act as an important part of the body of Christ and the "New Covenant Temple" of God. We must act, speak, and make decisions within accordance of what Jesus would do to give an accurate representation of His Kingdom. I believe taking a vaccine that includes genetic matter, animal ingredients, man manipulated pathogens, and chemicals and that is dependent on aborted fetal cell lines to exist, violates the body as God's temple.

2. Also, based on the whole counsel of the Word of God, I believe the use of aborted fetal tissue in either the testing / manufacturing process or the direct ingredients of a vaccine is sin and wrong. The Word of God is clear that abortion is sin. [Even in the popular argument of a case of someone who has been raped (Deuteronomy 24:16 states that parents must not be put to death for the sins of their children, NOR CHILDREN FOR THE SINS OF THEIR PARENTS) - in this case the biological father.] I also believe that profiting off of the body parts of wilfully aborted children is an abomination. Genesis 4:1, 17 and Jeremiah 1:5 reveals that these children were recognized BY GOD as human souls from the point of conception in the same way that we, as parents, recognize our child as a human from the moment we were aware of his / her presence in his / her mother's womb. I believe any vaccine that is at odds with God's infallible Word in either the creation or testing affects my body as being a Temple of God. If I know that a vaccine was created through immoral or non-Biblical practice, and I am okay with that - according to God's Word that's sin. James 4:17 - If anyone knows the right thing to do and does not do it, to him (or her) it is sin.

3. I must also consider that ANYTHING we put our faith & trust in above our faith & trust in Jesus is a false idol. I do not believe vaccines are false idols for everyone.

Typically, idols do not begin as negative things. We typically approach eventual idols with good intentions, but when "they" become more important or more influential in our lives above the gospel of Christ - it's sin and wrong. I must be cautious against placing my faith in anything above God, including vaccines. I believe that taking a vaccine knowing that they go against my religious beliefs would be the same as placing my faith and trust in a false idol.

God is the creator and ruler of the universe. He created all of us for His glory. We are to live in a way that honors Him. Taking a vaccine or allowing my son to receive a vaccine that is contrary to the Word of God does not honor God.

In Christ,

William David Morgan