# Exhibit F

**Fwd: Message from KM_C550i**

Will Morgan <will.morgan@lifepointsenatobia.com>
Thu 4/28/2022 10:03 AM
To: Walker Moller <wmoller@sirillp.com>

---------- Forwarded message ---------
From: **Will Morgan** <will.morgan@lifepointsenatobia.com>
Date: Thu, Apr 28, 2022 at 10:02 AM
Subject: Re: Message from KM_C550i
To: Weeks, John <jweeks@senatobiaschools.com>

Thank you!

On Thu, Apr 28, 2022 at 8:36 AM Weeks, John <jweeks@senatobiaschools.com> wrote:
> Attached is the information for immunization requirements to enroll in school. We have looked and searched trying to find a way to get your child enrolled without the immunizations. But unfortunately, there is no exemption from the immunizations due to religious beliefs.
>
> ---------- Forwarded message ---------
> From: <do@senatobia.k12.ms.us>
> Date: Thu, Apr 28, 2022 at 8:25 AM
> Subject: Message from KM_C550i
> To: <jweeks@senatobia.k12.ms.us>
>
>
> ********************************************************************************
> The foregoing electronic message and any files transmitted with it are confidential and are intended only for the use of the intended recipient named above. This communication may contain material protected by the Family Educational Rights and Privacy Act (FERPA). If you are not the intended recipient, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this electronic message in error, please notify us immediately at 662-562-4897.
> Senatobia Municipal School District, 104 McKie St, Senatobia, MS  38668 http://www.senatobiaschools.com