# Exhibit H

Jacquelyn Butler
4144 Hollingsworth Cove
Olive Branch, MS 38654
901-634-4362
kittyjs1@comcast.net

I am writing this statement to exempt my child from all vaccines. Based on my sincerely held religious beliefs. I worship the one and only true God that comprises the Trinity: God, Jesus, and the Holy Spirit. I am saved by what Jesus did on the cross and the fact that He rose from the dead on the third day. My purpose here on earth is not my purpose but God's purpose and it is to show the love of God thru my actions, to follow God's commands, to love my neighbor to take care of the things God has given me until I can't. I believe at death that if we believe in Jesus and what he did for us that we will be in heaven with God and I believe for the unbelievers they will be in Hell, separated from God. I have practiced my faith for 54 years, but I remember being active in my faith since I was 6 years old.

The foundation of my faith is the Gospel of Jesus which is His life story from birth to death and the fulfilment of the prophecy of the Messiah. The story shows he is the Son of God, never sinned, did miracle after miracle, died on the cross, and rose from the grave. The Gospel shows us that God loved us enough to give His Son up to die for us so that we can be reunited with Him.

I also believe in the following:

Grace Alone
- God loves the people of the world, even though they are sinful, rebel against Him, and do not deserve His love. He sent Jesus, His Son, to love the unlovable and save the ungodly.

Faith Alone
- By His suffering and death as the substitute for all people of all time, Jesus purchased and won forgiveness and eternal life for them. Those who hear this Good News and believe it have the eternal life that it offers. God creates faith in Christ and gives people forgiveness through Him.

Scripture Alone
- The Bible is God's inerrant and infallible Word, in which He reveals His Law and His Gospel of salvation in Jesus Christ. It is the sole rule and norm for Christian doctrine.

I believe that God gave us free will, but I do believe he knows what we are going to do and allows us to learn from mistakes just like we do with our kids as human parents. The bible says He knows the number of hairs on our heads, it also says He knows our comings and goings.
I believe the Holy Spirit is in me. I believe He guides me especially when I am willing to listen. Listening to worship music helps me to focus on God.  My favorite songs are Beautiful Savior, Amazing Grace, and A Mighty Fortress is our God.

Because of my faith, I do my best to pray daily and do devotions so I can be in God's word. We also have an evening routine as a family to do devotions and pray together. When we have a big and sometimes even a little decision in our lives we pray and ask God for guidance on what path we should follow. I have fasted at times along with prayer when something is pressing on my heart. I believe God speaks to us either through His Word in the bible, through a person or a friend, or that feeling we get when we feel like we should or should not make a decision. I think the more we talk to God and sit and listen we can hear Him easier. I was taught to love the sinner and hate the sin. We cannot show God's love if we do not treat people right. We are all sinners and fall short of the glory of God, it is not my place to judge but we are all humans and none of us are perfect.  As members of the church, we go to services, tithe, and take communion on a regular basis.

I have been blessed with several good pastors in my life and I have been able to reach out on many occasions to seek council when needed. Also, multiple people have inspired my faith. From the age of six when we moved my mother made sure we got to church every Sunday and even at the young age of six friends at the church also helped. My first pastor I think is the reason my faith is strong as he was there to teach me the bible from a very young age and gave me a firm foundation to continue to build on as I grew. I have had several wonderful pastors in my life that have helped me continue my faith journey.

Before I started researching vaccines, I received some as an adult, but my last shots were more than 15 years ago. When I was going thru infertility issues, I realized that the vaccines might have been part of the problem for me not getting pregnant and through that research I found that there were aborted fetal cells in the vaccines. We are taught that we should trust our doctors and I was just doing what they told me I should do. Since then, I have learned to research things on my own in the last fifteen years and not just trust what I am told.  I do not believe in abortion as I believe life begins when the egg is fertilized with the sperm. I will no longer take any vaccines or give them to my children since I know now the truth about the ingredients.  Psalm 139:13-16 – "For you formed my inward parts; you knitted me together in my mother's womb. I praise you, for I am fearfully and wonderfully made. Wonderful are your works; my soul knows it very well. My frame was not hidden from you, when I was being made in secret, intricately woven in the depths of the earth. Your eyes saw my unformed substance; in your book were written, every one of them, the days that were formed for me, when as yet there was none of them."  Consenting to a vaccine that used aborted fetal cell lines to exist is an endorsement of abortion and is against my faith.

I also refuse vaccines for myself and my children because the bible states and informs us that blood represents the life force, and that human blood should be kept pure.  (Genesis 9:4, Leviticus 17:10-11, 17:14, Deuteronomy 12:23, Acts 15:20 and 29). Vaccines contain animal cells and blood, foreign DNA, modified viruses and diseases, and toxins. I think vaccines are spiritually unclean, tainted with sin, and defile our bodies. 1 Corinthians 6:19-20 and 10:31 states that we are to regard our bodies as temples of God's Holy Spirit and that we are to honor God, our Creator and by not defiling them.

I believe injecting sickness and disease into the body circumvents the way God created the body to work.  God created the body to attack and remove sickness and gave us natural filters for

keeping out these things.  Injecting sickness and disease tells God that I do not trust the way He created the body to work and shows a lack of faith in God's goodness and wisdom.  Genesis 1:31 states that God's creation is "very good" and I trust that it is.

Sincerely,

*Jacquelyn Butler*

Jacquelyn Butler

Psalm 119:105 - Your word is a lamp to my feet and a light to my path.