# Exhibit J

# Mississippi State Department of Health

## School Immunization
## Medical Exemption Report
## 2021-2022



# Mississippi 2021-2022
## School Medical Exemptions By County,
## Children Enrolled in Kindergarten-12th Grade



**State Total 418**



**Medical Exemptions By County**

- 1
- 2 – 5
- 6 – 15
- 16 – 45
- No Exemptions

Source: Mississippi State Department of Health Final School Compliance Report, 2021-2022 school year (Revised 04/18/2022)

# Mississippi 2021-2022
## School Medical Exemptions By Year,
## Children Enrolled in Kindergarten-12th Grade



Source: Mississippi State Department of Health Final School Compliance Report, 2021-2022 school year (Revised 04/18/2022)