AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| AMANDA BOSARGE, individually and on behalf of their minor children, et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> DANIEL P. EDNEY, in his official capacity as the State Health Officer, et al., <br><br> *Defendant(s)* | Civil Action No. 1:22cv233 HSO-BWR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Allison Merit,
in her official capacity as Principal of North Bay Elementary School
1825 Popp's Ferry Road
Biloxi, MS 39532

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Walker Moller, Esq.
Siri & Glimstad LLP
100 Congress Avenue, Suite 2000 - 4590
Austin, TX 78701
wmoller@sirillp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Date:   09/02/2022

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

AMANDA BOSARGE, individually and on behalf of their minor children, et al.

*Plaintiff(s)*

v.    Civil Action No.   1:22cv233 HSO-BWR

DANIEL P. EDNEY, in his official capacity as the State Health Officer, et al.,

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Dr. Archie R. Mitchell,
in his official capacity as Principal of Senatobia Elementary School
301 Marvin Street
Senatobia, MS 38668

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Walker Moller, Esq.
Siri & Glimstad LLP
100 Congress Avenue, Suite 2000 - 4590
Austin, TX 78701
wmoller@sirillp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 09/02/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| AMANDA BOSARGE, individually and on behalf of their minor children, et al.<br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>DANIEL P. EDNEY, in his official capacity as the State Health Officer, et al.<br>_____<br>*Defendant(s)* | Civil Action No.  1:22cv233 HSO-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. Ashley Allred,
in her official capacity as Principal of Vancleave
Upper Elementary School
13901 Highway 57
Vancleave, MS 39565

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Walker Moller, Esq.
Siri & Glimstad LLP
100 Congress Avenue, Suite 2000 - 4590
Austin, TX 78701
wmoller@sirillp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
CLERK OF COURT

Date: 09/02/2022
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| AMANDA BOSARGE, individually and on behalf of their minor children, et al. <br> *Plaintiff(s)* <br><br> v. <br><br> DANIEL P. EDNEY, in his official capacity as the State Health Officer, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:22cv233 HSO-BWR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ashley Blackman,
in her official Capacity as Principal of East Central
Lower Elementary School
5621 Highway 614
Moss Point, MS 39562

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Walker Moller, Esq.
Siri & Glimstad LLP
100 Congress Avenue, Suite 2000 - 4590
Austin, TX 78701
wmoller@sirillp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 09/02/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

AMANDA BOSARGE, individually and on behalf of their minor children, et al.

*Plaintiff(s)*

v.   Civil Action No.   1:22cv233 HSO-BWR

DANIEL P. EDNEY, in his official capacity as the State Health Officer, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel P. Edney,
in his official capacity as the State Health Officer
570 East Woodrow Wilson Drive
Room U-201
Jackson, MS 39216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Walker Moller, Esq.
Siri & Glimstad LLP
100 Congress Avenue, Suite 2000 - 4590
Austin, TX 78701
wmoller@sirillp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 09/02/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| AMANDA BOSARGE, individually and on behalf of their minor children, et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> DANIEL P. EDNEY, in his official capacity as the State Health Officer, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.   1:22cv233 HSO-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Douglas L. Tynes,
in his official capacity as the City Prosecutor for Ocean Springs, Mississippi
1018 Porter Avenue
Ocean Springs, MS 39564

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Walker Moller, Esq.
Siri & Glimstad LLP
100 Congress Avenue, Suite 2000 - 4590
Austin, TX 78701
wmoller@sirillp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:  09/02/2022        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| AMANDA BOSARGE, individually and on behalf of their minor children, et al., <br> *Plaintiff(s)* <br> v. <br><br> DANIEL P. EDNEY, in his official capacity as the State Health Officer, et al. <br> *Defendant(s)* | Civil Action No. 1:22cv233 HSO-BWR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Lynn Fitch,
in her official capacity as the Attorney General of Mississippi
Office of the Attorney General
550 High St.
Suite 1200
Jackson, MS 3920

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Walker Moller, Esq.
Siri & Glimstad LLP
100 Congress Avenue, Suite 2000 - 4590
Austin, TX 78701
wmoller@sirillp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 09/02/2022

*Signature of Clerk or Deputy Clerk*