UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **AMANDA BOSARGE, individually and on behalf of their minor children, et al.,**<br><br>*Plaintiffs,*<br><br>-against-<br><br>**DANIEL P. EDNEY**, **in his official capacity as the State Health Officer, et al.,**<br><br>*Defendants.* | Civil Action No. 1:22-cv-00233-HSO-BWR |

### PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND MOTION TO CONSOLIDATE THE PRELIMINARY INJUNCTION HEARING WITH A TRIAL ON THE MERITS

Pursuant to Fed. R. Civ. P. 65, Plaintiffs, by and through their attorneys, respectfully move this Court for a preliminary injunction as set out below and for the reasons set out in the accompanying Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction. Fed. R. Civ. P. 65(a).

The material facts necessary to resolve Plaintiffs' claim are undisputed. Because there are only legal questions at issue, Plaintiffs also respectfully request that this Court consolidate the preliminary injunction hearing with the trial on the merits and rule on the merits in accordance with Fed. R. Civ. P. 65(a)(2).

This Motion is supported by the Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, as well as:

    A.    Plaintiffs' Verified Complaint;

    B.    Plaintiff Amanda Bosarge's Statement of Religious Beliefs;

C. Plaintiff Jaquelyn Butler's Statement of Religious Beliefs;

D. Plaintiff Kimberly Harrell's Statement of Religious Beliefs;

E. Plaintiff William Morgan's Statement of Religious Beliefs;

F. Plaintiff Paul Perkin's Statement of Religious Beliefs;

G. Plaintiff Braindi Renfroe's Statement of Religious Beliefs;

H. Plaintiff Jeana Stanley's Statement of Religious Beliefs;

I. Senatobia Elementary School, administrative e-mail rejecting Plaintiff William Morgan's request to enroll his child in school with a religious exemption;

J. Mississippi Department of Health, Medical Exemption Request Form;

K. Mississippi Department of Health, School Immunization Report, 2021-2022;

L. Alabama Department of Health, 2020 School Entry Survey; and

Additionally, Plaintiffs will rely on information contained in assorted official government websites:

- Mississippi Department of Health, "What Parents Should Know About Childhood Immunizations;"
- Mississippi Department of Health, "Medical Exemption Policy;"
- Mississippi Department of Health, "Back to School Immunization Requirements;"
- U.S. Census Bureau, "QuickFacts Alabama;"
- U.S. Census Bureau, "QuickFacts Mississippi;" and
- Centers for Disease Control, "Morbidity and Mortality Weekly Report."

For the reasons stated in the accompanying memorandum, Plaintiffs request that this Court enter a preliminary injunction in their favor.

Dated:  September 2, 2022.

                    Respectfully submitted,

                    SIRI & GLIMSTAD LLP

BY:    /s/ *Walker D. Moller*
           Walker D. Moller, Attorney
           Mississippi Bar Number: 105187
           501 Congress Avenue
           Suite 150 – #343
           Austin, TX 78701
           Tel: (512) 265-5622
           Fax: (646) 417-5967
           wmoller@sirillp.com

           Aaron Siri, Esq.*
           Elizabeth A. Brehm, Esq.*
           Catherine Cline, Esq.*
           745 Fifth Ave, Suite 500
           New York, NY 10151
           Tel: (212) 532-1091
           Fax: (646) 417-5967
           aaron@sirillp.com
           ebrehm@sirillp.com
           ccline@sirillp.com

           Christopher Wiest*
           25 Town Center Blvd., Suite 104
           Crestview, KY 41017
           Tel: (513) 257-1895
           Fax: (859) 495-0803
           chris@cwiestlaw.com

           *Attorneys for Plaintiffs*

           **pro vac vice* to be submitted