# Exhibit A

Paul Perkins
11500 Old Pine Walk
Vancleave, MS 39565
pastorgibc@gmail.com

I am a Christian, meaning I was saved (accepted Jesus Christ as my Saviour at age eleven) and have tried to walk with the Lord and serve Him since that time. I have a relationship with the Lord because of Christ. Family and relationships are very important to the Lord, the first institution God made was the family. I was blessed in that I grew up in a Christian home and the upbringing I received impacted my life. As a child, my father was meek, humble, but very strong. He taught me how to work by instilling a work ethic in me so that I would not just be a non-active Christian, but so that I would serve my Saviour with my life. He taught me how to pick my battles (he was in the military and I believe he brought that training into our home) so that when I believed, based upon Scripture, that there was a truth to stand upon, I would stand on that truth firmly and compassionately. My dad taught me to Love the Lord and others more than self. I observed (did not just hear words spoken) the sacrificial life my dad lived. I watched it play out before my eyes and though I didn't understand it or always appreciate it when I was young, as I grew older, matured and learned more about life, I deeply respected and desired to follow his example in my own life.

My wife and I began to ask questions and study vaccines back in the late 90's. It was over the course of the next few years that we realized that aborted fetal tissue was used in some vaccines which caused us to look deeper at all vaccines. My faith compels me to avoid vaccines for myself and my children for all the reasons I describe below.

I believe that God is the Giver/Creator of life and that all life begins at the point of conception (when we become a living soul). I believe that ALL life is precious to God (John 3:16, John 15:12, Gal. 2:20, Eph. 2:4, I John 4:19). I worship the LORD (Jehovah) God, Jesus Christ His Son and believe He is a Triune God. My purpose on earth is to glorify my Lord thru my life. I am thankful that I do not have to be perfect to worship, glorify or serve my Lord. I do understand that the direction of my life and the motivation of my heart is absolutely important. I believe that when the physical body dies, those who have a personal relationship with God thru the salvation offered by Christ and His sacrifice (payment for our sins) on the cross, will spend eternity in heaven with the Lord (II Cor. 5:8). We deserved to pay for what we have done (sin against a holy God), but God loved us unconditionally and sent His Son, Jesus Christ, to make a payment for us that He would accept.

1

To summarize my beliefs: I believe in the Creator God of the Bible. His Son, Jesus Christ and the Holy Spirit, Who indwells believers today. I believe the Bible is our final authority for faith and practice. I believe that Salvation is necessary and possible. Because of my salvation, my life belongs to the Lord.

I want my Faith to be my life. I have fasted at different times over different situations that I was dealing with in my life (for example, in Bible College, I observed a 30 day fast). I pray over every meal and try to watch what I eat believing that my body is the "Temple of the Holy Ghost" and belongs to the Lord. The Holy Ghost is the 3rd part of the trinity. The Holy Spirit is not something we can see, but something we can see the effects of as Jesus said to Nicodemus in John chapter 3. I DO NOT drink alcohol or use any form of tobacco. My wife and I strive to eat healthy and use natural things for a natural approach to dealing with (inflammation, headaches, common cold and even covid). We believe that there is a time and place for Doctors and the medical field (I had both of my hips replaced and needed a doctor), but I haven't been to a doctor for years. I take supplements that are natural. I strive to have daily devotions (a time of meditation and reflection and prayer). I am in church twice on Sunday, every Wednesday evening along with special services like mission's conferences and revival meetings that our church has. If I'm away on vacation, we either visit a different church or live stream our church services. I give tithes and offerings to our church. We partake of communion at our church.

The above listed actions are more of the daily living of my faith, but there is more to it than that. The Bible says that the "...just shall live by faith...". I believe I should diligently strive to make my faith the guiding part of my life decisions. In high school after scoring very high on the ASVAB test and being offered a full scholarship to college, I believed in my heart that the Lord was calling me into ministry work. I walked away from the military career offers and the full scholarship to college and paid my own way through Bible College to get my degree. After much prayer, counsel and searching the Scripture, I made a move across country from Maine to Mississippi and became a volunteer staff at our church while working a job in route sales to support my family. After six years (89-95) of serving in that capacity, the Lord called my wife and I into missions work. I resigned my job, we moved out of our house and after raising support, moved to the Philippines in 1997. We (after years of praying and fasting) adopted our first child, a Filipina from an orphanage there, and served as missionaries in the Philippines until 2007. Our income level was low, we were not there for the money. We were there because we believed the Lord was directing our steps to serve Him there. In 2007, after two weeks of prayer and fasting, we felt the Lord was bringing us back Stateside to serve Him here.

2

We came back to a serve a church that could not immediately guarantee us a salary. We believed the Lord, trusted Him and acted by faith. We trusted the Lord to supply our needs and He did. At times it was working side jobs to have enough income to pay the bills (shingling roofs and doing side construction jobs). Psalms 55:22 "Cast thy burden upon the LORD, and he shall sustain thee: he shall never suffer the righteous to be moved." My faith is the guiding factor in my life. I want to not just "preach" that, but live it.

I have moved from North to South, from Mississippi to the Philippines and back because of my faith. I have learned another language and culture because of my faith. I have walked away from financial gain possibilities because of my faith. So, when we realized that some vaccines were created using the bodies of babies that were aborted, we could not in good conscience accept that. When we began to more seriously consider everything medical as it relates to what we are putting into our bodies, we had to make these changes. I understand that not all vaccines use aborted fetal cell lines or contain them (many do) but there are other ingredients as well that we believe the Lord would not want us to put into our bodies. We made changes in toothpaste (for example) because of the fluoride content found in some and the affect that it has on the human body. The bottom line for us is this: our body is the Temple of the Holy Ghost. We are to be careful what we put into it. Mississippi needs to allow religious exemptions for school age children. Living our faith in this way has led us to have to go against the grain in some areas. It has meant that we stopped carrying an immunization card through Customs/Immigration in the Philippines, knowing they could revoke our visa for non-compliance. We have stayed in Mississippi praying and working with organizations to try and get the law changed through our legislative process. I have emailed and called politicians for years and have NEVER once had an email replied to or a call returned. I am not a perfect Christian. But I believe that the Bible is my final authority for faith and practice. In the Bible I see that God loves all human beings (He created ONE race, the human race) and He is the Giver of life and that life begins at the point of conception. This makes abortion wrong. I cannot go along with the injecting of aborted fetal tissue or other ingredients into my body or the bodies of my children.

As I have stated Vaccines violate my religious beliefs because of the ingredients used in the vaccines. I believe that using aborted fetal tissue is unbiblical for the following reasons: Jer. 1:4-5 says "Then the word of the LORD came unto me, saying, Before I formed thee in the belly I knew thee; and before thou camest forth out of the womb I sanctified thee, and I ordained thee a prophet unto the nations." Also the Bible says in Psa. 139:13-16 "For thou hast possessed my reins: thou hast covered me in my mother's womb. I will praise thee; for I am fearfully and wonderfully made: marvellous are thy works; and that my soul knoweth right well. My substance was not hid from thee, when I was made in

secret, and curiously wrought in the lowest parts of the earth. Thine eyes did see my substance, yet being unperfect; and in thy book all my members were written, which in continuance were fashioned, when as yet there was none of them." These Scriptures show us that God gives/forms life and that life begins before the actual birth of the baby. God has a plan for the pre-born and knows all about a baby before the parents ever meet that baby at birth. Not only this, but the Bible says is Psa. 127:3 " Lo, children are an heritage of the LORD: and the fruit of the womb is his reward." Our children belong to the Lord (all children belong to the Lord). Because of these Biblical reasons, I would feel complicit, I would feel that I would be saying ok to abortion for the "benefit of others" by being ok with vaccines.

I love our State, Mississippi and believe there is great potential, many freedoms and that the future is bright for us. I also believe that as citizens of this State, we should have the right to allow our faith to lead and guide us even in this area of vaccinations. That we should have religious freedom in this area as well and that freedom not keep us back from getting our children educated.

*Paul Perkins*

Paul Perkins