# Exhibit G

## Jeana Stanley

I am a Christian and I hold a Christian view as part of the body of Jesus Christ. I believe in God and His son Jesus Christ who was crucified, died and was buried and raised from the dead to sit at the right hand of the Father. I believe He will come again to judge the living and the dead. The Good News of the gospel of Jesus Christ is that whosoever believeth in Him shall have everlasting life. I believe in God's Holy Word, the bible. The Holy Spirit is the force emanating from God that dwells inside each of us to accomplish His will.

### I Seek God's Guidance Continuously Through Prayer

I grew up attending church, but as an adult I began seeking guidance directly from God through prayer. In my pursuit of happiness and inner peace, I practice a continual and prayerful relationship with God. I depend on my understanding of God's holy word and through thoughtful communication with Him through prayer to make decisions. I am always open to learn from pastors and religious leaders and to hear their interpretations of scripture but I rely on my personal spiritual convictions and relationship with God for answers. Through my deep trust in God, the reading of His divine word and through prayer I am able to discern God's intentions and follow His divine guidance in all areas of my life. Having evolved over time through prayer and my personal relationship with God, my belief system has become deeply rooted in who I am as a person. It is sincerely grounded through decades of thoughtful and careful consideration and work with referencing man's research and continually turning to God for answers and resolutions.

### My faith is encouraged by my children, my husband and parents

My parents have always encouraged me to have a personal relationship with God, to not follow lockstep in the ways of man, to always question, seek answers in His word and to continue to grow ethically and morally and spiritually. My husband is a devout Christian and also holds these beliefs. My children strengthened my faith by teaching me how important it is to seek answers not from this world, but from God. I have seen and heard of too many that follow man's advice to be injured and lose life. Isaiah 2:22 "Stop trusting humans. Trust God."

I meditate on God's word reading the King James Version of the bible daily. I attend a Christian church with my family so my children can learn and share with other Christian children. I believe My purpose is to live in His word and pass down His words to my children. My family participates in all Christian Holidays and services. I abstain from eating meat on Fridays during Lent, and I participate in communion and tithe.

### I trust God and know His intentions

I put my trust in God for healing and I know the intention God has for my life and that of my children to avoid physicians, medications (both over the counter and prescription) and vaccines. As a practicing physical therapist, I am at peace treating many ailments through proper movement, balance and fostering total physicality and well-being. I sincerely believe He does not intend me to intervene with my body with things like pharmaceuticals and vaccines. I practice this belief at home in my daily life, with my children, my extended family and my friends. My spouse shares my beliefs. Mark 5:26 "She suffered under many physicians, spent all she had, yet only got worse." Because vaccines are preventative measures for illnesses one may possibly acquire in the future, taking a vaccine means we do not trust His creation in ourselves or His plans for our future. Mark 2:17 "Those who are well have no need for a physician, But those who are sick." Isiah 2:22 "Stop trusting Humans. Trust in God." I will not be afraid and doubt my sincere understanding of God's will in directing my path to healing.

### Abortion is a Sin Against God

Abortion is murdering an unborn child. I could not accept taking aborted human fragments from once living souls and intentionally inject a vaccine made from an abortion into myself or that of my healthy child without sinning against God. It goes against my moral, ethical and spiritual being and all that God teaches me. Jeremiah 1:5 "Before I formed thee in the belly I knew thee; and before thou camest forth out of the womb I sanctified thee and I ordained thee a prophet unto the nations."

### Vaccines Defile God's Temple and Alter His Perfect Design of His Creation

The human body was perfectly designed and created by God. To intervene in a healthy, well body by injecting substances to alter, intervene and manipulate it is against God's perfect design. Leviticus 19:28 "Ye shall not make any cuttings in your flesh for the dead, nor print any marks upon you: I am the Lord." 1 Corinthians 6:19 "What? know ye not that your body is the temple of the Holy Ghost is in you, which ye have of God, and you are not your own." 1 Corinthians 3:17 "If any man defiles the temple of God, him shall God destroy; for the temple of God is holy, which temple ye are."

Vaccines contain unclean substances, including organic matter of other living things, preservatives, chemicals, and toxins. Purposefully Injecting these substances into a well, fit body is against God's will. Mark 2:17 - "Those who are well have no need for a physician, but those who are sick." Thessolonians 5:21-22; Psalm31:24; John 14:6; 1 Corinthians 6:19; 2 Timothy 1:7; Isiah 2:22; Mark 5:26.  Vaccines are meant to interfere with and alter the immune system which was wonderfully and fully created by God to work uniquely in sync with the attrition of illnesses caused by viruses. 1 Thessolonians 5:21 "Prove all things; hold fast that which is good." In my discernment of God's word, we are to value our bodies which He made in His image and not purposefully defile our body with unclean substances and/or undo His perfect plans for us.

### I believe Vaccines are a Sin Against God

Through a spiritually ever present and prayerful relationship with God, I know that accepting vaccine injections is against what God intends for me and my family. Accepting vaccine injections would cause me deep regret because it would be a betrayal to God's intended direction and purpose for myself and my family. God has instructed me to use discernment to identify truth regarding medical intervention. To accept vaccines for my family would be sinning against God. Mark 2:17; Isiah 2:22.

In closing, through my prayerful relationship with God, I am able to discern with confidence God's will for my life and for my children's upbringing.  My sincere personal understanding of God's Holy Word and sincerely held beliefs, long term practice of my beliefs and continual communication through prayer with God, guides me in this matter. Proverbs 3:6 "In all thy ways acknowledge Him, and He shall direct thy paths."

_Jeana Stanley_
Jeana Stanley