# Exhibit J

# Mississippi State Department of Health

## School Immunization
## Medical Exemption Report
## 2021-2022



# Mississippi 2021-2022
## School Medical Exemptions By County,
## Children Enrolled in Kindergarten-12th Grade



**Medical Exemptions By County**
- 1
- 2 – 5
- 6 – 15
- 16 – 45
- No Exemptions

**State Total 418**

Source: Mississippi State Department of Health Final School Compliance Report, 2021-2022 school year (Revised 04/18/2022)

# Mississippi 2021-2022
## School Medical Exemptions By Year, Children Enrolled in Kindergarten-12th Grade



| Year | Exemptions |
|---|---|
| 2016-2017 | 208 |
| 2017-2018 | 255 |
| 2018-2019 | 333 |
| 2019-2020 | 382 |
| 2020-2021 | 374 |
| 2021-2022 | 418 |

Source: Mississippi State Department of Health Final School Compliance Report, 2021-2022 school year (Revised 04/18/2022)