# Exhibit L

ALABAMA DEPARTMENT OF PUBLIC HEALTH
2019-2020 SCHOOL ENTRY SURVEY
COUNTY SUMMARY
PUBLIC/PRIVATE SCHOOLS

| DISTRICT | COUNTY | STUDENTS | NOT EXPIRED COL | % | Rel Ex | % | Partial Rel Ex | % | Med Ex | % | Partial Med Ex | % | EXPIRED COL | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NORTHERN | MADISON | 63342 | 59326 | 93.66 | 642 | 1.01 | 5 | 0.01 | 28 | 0.04 | 33 | 0.05 | 3285 | 5.19 |
| | MORGAN | 22396 | 21047 | 93.98 | 148 | 0.66 | 0 | 0.00 | 6 | 0.03 | 11 | 0.05 | 1184 | 5.29 |
| | LIMESTONE | 18193 | 17359 | 95.42 | 183 | 1.01 | 1 | 0.01 | 20 | 0.11 | 14 | 0.08 | 615 | 3.38 |
| | JACKSON | 8244 | 7792 | 94.52 | 88 | 1.07 | 1 | 0.01 | 2 | 0.02 | 6 | 0.07 | 355 | 4.31 |
| | CULLMAN | 13133 | 12396 | 94.39 | 200 | 1.52 | 0 | 0.00 | 10 | 0.08 | 14 | 0.11 | 513 | 3.91 |
| | LAUDERDALE | 14106 | 13356 | 94.68 | 152 | 1.08 | 0 | 0.00 | 14 | 0.10 | 9 | 0.06 | 575 | 4.08 |
| | MARSHALL | 19097 | 17518 | 91.73 | 95 | 0.50 | 0 | 0.00 | 5 | 0.03 | 5 | 0.03 | 1473 | 7.71 |
| | COLBERT | 8691 | 8121 | 93.44 | 49 | 0.56 | 0 | 0.00 | 4 | 0.05 | 3 | 0.03 | 368 | 4.23 |
| | FRANKLIN | 6314 | 5925 | 93.84 | 17 | 0.27 | 0 | 0.00 | 1 | 0.02 | 1 | 0.02 | 370 | 5.86 |
| | MARION | 4957 | 4583 | 92.46 | 38 | 0.77 | 0 | 0.00 | 2 | 0.04 | 2 | 0.04 | 332 | 6.70 |
| | WINSTON | 4095 | 3795 | 92.67 | 46 | 1.12 | 0 | 0.00 | 5 | 0.12 | 2 | 0.05 | 247 | 6.03 |
| | LAWRENCE | 3643 | 3515 | 96.49 | 27 | 0.74 | 0 | 0.00 | 2 | 0.05 | 1 | 0.03 | 98 | 2.69 |
| TOTAL | | 186211 | 174733 | 93.84 | 1685 | 0.90 | 7 | 0.00 | 99 | 0.05 | 101 | 0.05 | 9415 | 5.06 |
| NORTHEASTERN | SHELBY | 39771 | 37962 | 95.45 | 429 | 1.08 | 0 | 0.00 | 20 | 0.05 | 23 | 0.06 | 1337 | 3.36 |
| | ETOWAH | 17596 | 16448 | 93.48 | 143 | 0.81 | 1 | 0.01 | 5 | 0.03 | 5 | 0.03 | 993 | 5.64 |
| | CALHOUN | 18911 | 18050 | 95.45 | 153 | 0.81 | 9 | 0.05 | 18 | 0.10 | 19 | 0.10 | 661 | 3.50 |
| | TALLADEGA | 12231 | 11711 | 95.75 | 59 | 0.48 | 1 | 0.01 | 9 | 0.07 | 4 | 0.03 | 440 | 3.60 |
| | ST.CLAIR | 15169 | 14429 | 95.12 | 191 | 1.26 | 0 | 0.00 | 9 | 0.06 | 8 | 0.05 | 532 | 3.51 |
| | DEKALB | 13066 | 12280 | 93.98 | 84 | 0.64 | 7 | 0.05 | 1 | 0.01 | 5 | 0.04 | 689 | 5.27 |
| | BLOUNT | 10386 | 10063 | 96.89 | 78 | 0.75 | 0 | 0.00 | 17 | 0.16 | 4 | 0.04 | 224 | 2.16 |
| | RANDOLPH | 3730 | 3471 | 93.06 | 18 | 0.48 | 1 | 0.03 | 0 | 0.00 | 2 | 0.05 | 238 | 6.38 |
| | CHEROKEE | 4337 | 4225 | 97.42 | 42 | 0.97 | 0 | 0.00 | 1 | 0.02 | 1 | 0.02 | 68 | 1.57 |
| | CLAY | 2310 | 2182 | 94.46 | 29 | 1.26 | 0 | 0.00 | 1 | 0.04 | 0 | 0.00 | 98 | 4.24 |
| | CLEBURNE | 2695 | 2612 | 96.92 | 19 | 0.71 | 0 | 0.00 | 4 | 0.15 | 0 | 0.00 | 60 | 2.23 |
| TOTAL | | 140202 | 133433 | 95.17 | 1245 | 0.89 | 19 | 0.01 | 85 | 0.06 | 71 | 0.05 | 5340 | 3.81 |
| EAST CENTRAL | MONTGOMERY | 37255 | 33403 | 89.66 | 172 | 0.46 | 0 | 0.00 | 3 | 0.01 | 11 | 0.03 | 3643 | 9.78 |
| | LEE | 25638 | 24260 | 94.63 | 148 | 0.58 | 1 | 0.00 | 20 | 0.08 | 10 | 0.04 | 1199 | 4.68 |
| | ELMORE | 14811 | 13752 | 92.85 | 128 | 0.86 | 1 | 0.01 | 4 | 0.03 | 8 | 0.05 | 918 | 6.20 |
| | CHAMBERS | 4874 | 4591 | 94.19 | 6 | 0.12 | 0 | 0.00 | 1 | 0.02 | 2 | 0.04 | 274 | 5.62 |
| | AUTAUGA | 10364 | 9795 | 94.51 | 79 | 0.76 | 0 | 0.00 | 2 | 0.02 | 7 | 0.07 | 481 | 4.64 |
| | RUSSELL | 10668 | 9444 | 88.53 | 26 | 0.24 | 2 | 0.02 | 1 | 0.01 | 2 | 0.02 | 1193 | 11.18 |
| | TALLAPOOSA | 6216 | 5996 | 96.46 | 35 | 0.56 | 0 | 0.00 | 4 | 0.06 | 2 | 0.03 | 179 | 2.88 |
| | LOWNDES | 1559 | 1475 | 94.61 | 7 | 0.45 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 77 | 4.94 |
| | MACON | 2032 | 1955 | 96.21 | 19 | 0.94 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 58 | 2.85 |
| | BULLOCK | 1646 | 1450 | 88.09 | 2 | 0.12 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 194 | 11.79 |
| | COOSA | 490 | 466 | 95.10 | 5 | 1.02 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 19 | 3.88 |
| TOTAL | | 115553 | 106587 | 92.24 | 627 | 0.54 | 4 | 0.00 | 35 | 0.03 | 42 | 0.04 | 8235 | 7.13 |
| JEFFERSON | JEFFERSON | 111625 | 105547 | 94.55 | 620 | 0.56 | 1 | 0.00 | 27 | 0.02 | 42 | 0.04 | 4971 | 4.45 |
| SOUTHWESTERN | BALDWIN | 40353 | 36986 | 91.66 | 697 | 1.73 | 2 | 0.00 | 26 | 0.06 | 55 | 0.14 | 1575 | 3.90 |
| | DALLAS | 5808 | 5289 | 91.06 | 3 | 0.05 | 0 | 0.00 | 2 | 0.03 | 1 | 0.02 | 513 | 8.83 |
| | ESCAMBIA | 5827 | 5617 | 96.40 | 30 | 0.51 | 0 | 0.00 | 3 | 0.05 | 1 | 0.02 | 176 | 3.02 |
| | MONROE | 3916 | 3821 | 97.57 | 25 | 0.64 | 0 | 0.00 | 0 | 0.00 | 7 | 0.18 | 62 | 1.58 |
| | CLARKE | 4225 | 3994 | 94.53 | 7 | 0.17 | 0 | 0.00 | 2 | 0.05 | 2 | 0.05 | 220 | 5.21 |
| | MARENGO | 3983 | 3708 | 93.10 | 12 | 0.30 | 0 | 0.00 | 3 | 0.08 | 1 | 0.03 | 255 | 6.40 |
| | WASHINGTON | 2740 | 2570 | 93.80 | 4 | 0.15 | 0 | 0.00 | 1 | 0.04 | 0 | 0.00 | 165 | 6.02 |
| | CONECUH | 1394 | 1306 | 93.69 | 6 | 0.43 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 82 | 5.88 |
| | CHOCTAW | 1820 | 1608 | 88.35 | 7 | 0.38 | 0 | 0.00 | 0 | 0.00 | 1 | 0.05 | 204 | 11.21 |
| | WILCOX | 1617 | 1433 | 88.62 | 4 | 0.25 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 180 | 11.13 |
| | Baldwin | 132 | 128 | 96.97 | 2 | 1.52 | 0 | 0.00 | 0 | 0.00 | 1 | 0.76 | 1 | 0.76 |
| TOTAL | | 71815 | 66460 | 92.54 | 797 | 1.11 | 2 | 0.00 | 37 | 0.05 | 69 | 0.10 | 3433 | 4.78 |
| WEST CENTRAL | TUSCALOOSA | 34149 | 31651 | 92.68 | 191 | 0.56 | 1 | 0.00 | 15 | 0.04 | 19 | 0.06 | 2270 | 6.65 |
| | WALKER | 10011 | 9644 | 96.33 | 29 | 0.29 | 0 | 0.00 | 3 | 0.03 | 5 | 0.05 | 330 | 3.30 |
| | CHILTON | 7888 | 7343 | 93.09 | 32 | 0.41 | 0 | 0.00 | 0 | 0.00 | 2 | 0.03 | 511 | 6.48 |
| | PICKENS | 2732 | 2503 | 91.62 | 10 | 0.37 | 1 | 0.04 | 0 | 0.00 | 0 | 0.00 | 218 | 7.98 |
| | BIBB | 3354 | 3188 | 95.05 | 17 | 0.51 | 0 | 0.00 | 1 | 0.03 | 3 | 0.09 | 145 | 4.32 |
| | LAMAR | 2543 | 2525 | 99.29 | 9 | 0.35 | 0 | 0.00 | 1 | 0.04 | 0 | 0.00 | 8 | 0.31 |
| | SUMTER | 1401 | 1300 | 92.79 | 2 | 0.14 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 99 | 7.07 |
| | HALE | 2814 | 2546 | 90.48 | 3 | 0.11 | 0 | 0.00 | 0 | 0.00 | 1 | 0.04 | 264 | 9.38 |
| | FAYETTE | 2325 | 2040 | 87.74 | 8 | 0.34 | 0 | 0.00 | 1 | 0.04 | 0 | 0.00 | 276 | 11.87 |
| | PERRY | 1341 | 1144 | 85.31 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 197 | 14.69 |
| | GREENE | 999 | 806 | 80.68 | 2 | 0.20 | 1 | 0.10 | 0 | 0.00 | 0 | 0.00 | 190 | 19.02 |
| TOTAL | | 69557 | 64690 | 93.00 | 303 | 0.44 | 3 | 0.00 | 21 | 0.03 | 30 | 0.04 | 4508 | 6.48 |
| SOUTHEASTERN | HOUSTON | 18639 | 17404 | 93.37 | 85 | 0.46 | 14 | 0.08 | 17 | 0.09 | 30 | 0.16 | 1089 | 5.84 |
| | COFFEE | 10994 | 10525 | 95.73 | 110 | 1.00 | 0 | 0.00 | 8 | 0.07 | 6 | 0.05 | 345 | 3.14 |
| | DALE | 6742 | 6509 | 96.54 | 42 | 0.62 | 1 | 0.01 | 2 | 0.03 | 9 | 0.13 | 179 | 2.65 |
| | COVINGTON | 6333 | 6180 | 97.58 | 40 | 0.63 | 0 | 0.00 | 8 | 0.13 | 7 | 0.11 | 98 | 1.55 |
| | PIKE | 4798 | 4494 | 93.66 | 13 | 0.27 | 0 | 0.00 | 1 | 0.02 | 2 | 0.04 | 288 | 6.00 |
| | BARBOUR | 7602 | 7085 | 93.20 | 141 | 1.85 | 2 | 0.03 | 7 | 0.09 | 5 | 0.07 | 360 | 4.74 |
| | CRENSHAW | 2600 | 2545 | 97.88 | 14 | 0.54 | 0 | 0.00 | 1 | 0.04 | 1 | 0.04 | 39 | 1.50 |
| | GENEVA | 4166 | 4118 | 98.85 | 18 | 0.43 | 0 | 0.00 | 4 | 0.10 | 2 | 0.05 | 24 | 0.58 |
| | BUTLER | 3719 | 3526 | 94.81 | 14 | 0.38 | 0 | 0.00 | 1 | 0.03 | 2 | 0.05 | 174 | 4.68 |
| | HENRY | 2930 | 2842 | 97.00 | 19 | 0.65 | 0 | 0.00 | 3 | 0.10 | 10 | 0.34 | 56 | 1.91 |
| TOTAL | | 68523 | 65228 | 95.19 | 496 | 0.72 | 17 | 0.02 | 52 | 0.08 | 74 | 0.11 | 2652 | 3.87 |
| MOBILE | MOBILE | 72888 | 68742 | 94.31 | 684 | 0.94 | 2 | 0.00 | 29 | 0.04 | 23 | 0.03 | 3401 | 4.67 |
| All Counties | | 836374 | 785420 | 93.91 | 6457 | 0.77 | 55 | 0.01 | 385 | 0.05 | 452 | 0.05 | 41955 | 5.02 |
| Type | | | | | | | | | | | | | | |
| Public | | 788700 | 743744 | 94.30 | 5892 | 0.75 | 52 | 0.01 | 366 | 0.05 | 415 | 0.05 | 36609 | 4.64 |
| Private | | 47674 | 41676 | 87.42 | 565 | 1.19 | 3 | 0.01 | 19 | 0.04 | 37 | 0.08 | 5346 | 11.21 |
| Total | | 836374 | 785420 | 93.91 | 6457 | 0.77 | 55 | 0.01 | 385 | 0.05 | 452 | 0.05 | 41955 | 5.02 |