FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

BOSARGE, et al.

Plaintiffs

v.

DANIEL P. EDNEY, in his official capacity
as the State Health Officer; et al.

CIVIL ACTION NO.: 1:22-cv-00233-HSO-BWR

Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Aaron Siri

Firm Name: Siri & Glimstad LLP

Office Address: 745 Fifth Avenue, Suite 500

City: New York   State: NY   Zip: 10151

Telephone: (212)532-1091   Fax: (646)417-5967

E-Mail: Aaron@sirillp.com

(B) Client(s): Plaintiffs Amanda Bosarge, Jaquelyn Butler, Kimberly Harrell, William Morgan, Paul Perkins, Brandi Renfroe and Jeana Stanley

Address: _____

City: _____   State _____   Zip _____

Telephone: _____   Fax: _____

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)   I am admitted to practice in the:

[X]   State of New York and the State of Arizona.

[ ]   District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

New York State Unified Court System
25 Beaver Street
New York, NY 10004
1-800-268-7869
http://ww2.nycourts.gov/contactus/index.shtml

Arizona Supreme Court Clerk's Office
1501 W. Washington, Suite 402
Phoenix, AZ 85007-3232
602-452-3396
https://www.azcourts.gov/clerkofcourt/Contact-Us
All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| U.S District Court - New York Eastern District | 03/06/2012 |
| U.S District Court - New York Northern District | 08/06/2015 |
| U.S District Court - New York Southern District | 09/12/2006 |
| U.S District Court - Arizona | 06/19/2020 |
| U.S District Court - Texas Central District | 09/18/2020 |
| U.S District Court - Texas Western District | 09/18/2020 |
| U.S Court of Federal Claims | 01/13/2012 |
| U.S. Court of Appeals - 9th Circuit | 12/13/2021 |
| U.S. Court of Appeals - 6th Circuit | 11/24/2021 |

(D) Have you been denied admission pro hac vice in this state? Yes ◯ No ◉

Have you had admission pro hac vice revoked in this state? Yes ◯ No ◉

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? Yes ◯ No ◉

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? Yes ◯ No ◉

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ● |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| None | | |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

None

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?   Yes ● No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?   Yes ● No ○

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Walker Moller, Mississippi Bar No. 105187

Firm Name:  Siri & Glimstad LLP

Office Address: 501 Congress Avenue, Suite 150 - #343

City: Austin   State: TX   Zip: 78701

Telephone: (512) 265-5622   Fax: (646) 417-5967

Email address:  Wmoller@sirillp.com

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s/ Walker Moller
Resident Attorney

I certify that the information provided in this Application is true and correct.

8/30/22
Date

Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 6th day of September 2022

/s/ Walker Moller
Resident Attorney



## Appellate Division of the Supreme Court of the State of New York
### Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Aaron Siri

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 15, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 2, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00081724

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### AARON SIRI

was on the 23rd day of March, 2020 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 5th day of August, 2022.

TRACIE K. LINDEMAN, Clerk

By *Ana Ramirez*
Ana Ramirez
Deputy Clerk III



# Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **AARON SIRI** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on March 23, 2020 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this   **AUGUST 0 2 2022**

_____
Aaron Nash
Associate Disciplinary Clerk

OR


Margaret Lindsey
Associate Disciplinary Clerk

1501 WEST WASHINGTON STREET • PHOENIX, ARIZONA 85007-3222 • 602-452-3300 (TDD) 602-452-3545