Form 6 (ND/SD Miss. Dec. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

BOSARGE, et al.

Plaintiffs

v.                                                           CIVIL ACTION NO.

DANIEL P. EDNEY, in his official capacity
as the State Health Officer, et al.

Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:                  Catherine Cline

      Firm Name:             Siri & Glimstad LLP

      Office Address:        745 Fifth Avenue, Suit 500

      City:    New York                State  NY          Zip  10151

      Telephone:   (212)532-1091         Fax:  (646)417-5967

      E-Mail:    Ccline@sirillp.com

(B)   Client(s):   Plaintiffs Amanda Bosarge, Jaquelyn Butler, Kimberly Harrell, William Morgan, Paul Perkins, Brandi Renfroe, and Jeana Stanley

      Address:

      City:                              State _____  Zip _____

      Telephone:                         Fax:

      The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)  I am admitted to practice in the:

   [X]   States of <u>Pennsylvania and Florida</u>

   [ ]   District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Pennsylvania Judicial Center  
601 Commonwealth Ave.  
Suite 1500  
Harrisburg, PA 17106  
(717)787-6181  
www.pacourts.us

The Florida Bar  
651 East Jefferson Street  
Tallahassee, FL 32399-2300  
(850)561-5600  
www.floridabar.org

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| U.S District Court - Pennsylvania Middle District | 03/2020 |

|   |   | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ● |
|   | Have you had admission pro hac vice revoked in this state? | ○ | ● |
|   | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|   |   | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ● |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | Yes | No |
|-----|-----|-----|-----|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ●  |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| None | | |

FORM 6 (ND/SD MISS. DEC. 2016)

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

None

|     |     | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
|     | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Walker Moller, Mississippi Bar No. 105187

Firm Name:  Siri & Glimstad LLP

Office Address: 100 Congress Avenue, Suite 2000 - 4590

City:  Austin     State: TX     Zip:  78701

Telephone: (512)265-5622     Fax:  (646)417-5967

Email address:  Wmoller@sirillp.com

Form 6 (ND/SD Miss. Dec. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

*/s/ Walker Moller*
Resident Attorney

I certify that the information provided in this Application is true and correct.

8/30/2022
Date

*Cline*
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 6th day of Sept, 2022.

*/s/ Walker Moller*
Resident Attorney

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Catherine Anne Cline, Esq.

**DATE OF ADMISSION**

**April 26, 2017**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 9, 2022

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )    In Re:  0125955
Catherine Anne Cline
SiriGlimstad
200 Park Ave Fl 17
New York, NY 10166-0004

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 11, 2016**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 30th day of **August**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-196569