Form 6 (ND/SD Miss. Dec. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

BOSARGE, et al.

Plaintiffs

v.   CIVIL ACTION NO.:

DANIEL P. EDNEY, in his official capacity as the State Health Officer, et al.

Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name: Christopher Wiest

Firm Name: Chris Wiest, Attorney at Law, PLLC

Office Address: 25 Town Center Blvd., Suite 104

City: Crestview Hills   State: KY   Zip: 41017

Telephone: (513) 257-1895   Fax:

E-Mail: Chris@cwiestlaw.com

(B)   Client(s): Plaintiffs Amanda Bosarge, Jaquelyn Butler, Kimberly Harrell, William Morgan, Paul Perkins, Brandi Renfroe and Jeana Stanley

Address:

City:   State   Zip

Telephone:   Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No; but this representation is aligned with other litigation that I/my firm has handled nationally.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

Yes, I have handled religious liberty litigation around the country, particularly in the context of COVID-19, including, without limitation, Roberts v. Neace, 958 F. 3d 409 (6th Cir. 2020); Ramsek v. Beshear, 989 F.3d 494 (6th Cir. 2021); MCP No. 165 v. United States DOL, 20 F.4th 264 (6th Cir. 2021); Mass. Bldg. Trades Council v. United States DOL (In re MCP No. 165), 21 F.4th 357 (6th Cir. 2021); Massie v. Pelosi, 2022 U.S. Dist. LEXIS 41944 (DCD 2022); Doster v. Kendall, 2022 U.S. Dist. LEXIS 59381 (SDOH 2022).

(C) I am admitted to practice in the:

[X] States of Ohio and Kentucky

[ ] District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court of Ohio
Office of Attorney Services
65 S. Front St., Fifth Floor
Columbus, OH 43215-3431
(614) 387-9320
www.supremecourt.ohio.gov

Kentucky Bar Association
514 W. Main Street
Frankfort KY 40601-1812
(502) 564-3795
www.kybar.org

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| U.S. District Court, Southern District of Ohio | 2004 |
| U.S. District Court, Northern District of Ohio | 2004 |
| U.S. District Court, Eastern District of Kentucky | 2005 |
| U.S. District Court, Western District of Kentucky | 2005 |
| U.S. District Court, District of Columbia | 2021 |
| Sixth Circuit Court of Appeals | 2004 |
| D.C. Circuit Court of Appeals | 2005 |

(D)   Have you been denied admission pro hac vice in this state?   Yes ◯   No ◉

Have you had admission pro hac vice revoked in this state?   Yes ◯   No ◉

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?   Yes ◯   No ◉

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E)   Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years?   Yes ◯   No ◉

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

(F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?  Yes ◯  No ●

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| None | | |

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

None

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?  **Yes** ☒  No ☐

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?  **Yes** ☒  No ☐

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Walker Moller, Mississippi Bar No. 105187

Firm Name:  Siri & Glimstad LLP

Office Address: 501 Congress Avenue, Suite 150 - #343

City: Austin   State: TX   Zip: 78701

Telephone: (512) 265-5622   Fax: (646) 417-5967

Email address: wmoller@sirillp.com

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Walker Moller
　　　　　　　　　　　　　　　　　　　　　　　　Resident Attorney

I certify that the information provided in this Application is true and correct.

8/30/2022
Date　　　　　　　　　　　　　　　　　　　　　Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 6th day of September 2022

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Walker Moller
　　　　　　　　　　　　　　　　　　　　　　　　Resident Attorney



# THE SUPREME COURT of OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Christopher David Wiest**
Attorney Registration No. **0077931**

was admitted to the practice of law in Ohio on November 8, 2004; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 14th day of June, 2022.

GINA WHITE PALMER
*Director, Attorney Services Division*

Bradley J. Martinez
*Attorney Services Counsel*

No. 2022-06-14-1
Verify by email at GoodStandingRequests@sc.ohio.gov

# KENTUCKY BAR ASSOCIATION

**OFFICERS**
J.D. Meyer
President

Amy D. Cubbage
President-Elect

W. Fletcher Schrock
Vice President

Thomas N. Kerrick
Immediate Past President

Megan P. Keane
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Rhonda Jennings Blackburn
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Todd V. McMurtry
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
James A. Sigler
Van F. Sims
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### CHRISTOPHER DAVID WIEST
25 Town Center Boulevard, Suite 104
Crestview Hills, Kentucky 41017

### Membership No. 90725

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 13th day of June, 2022.

**JOHN D. MEYERS**
**REGISTRAR**



By: _Michele M. Pogrotsky_
Michele M. Pogrotsky, Deputy Registrar