AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Mississippi

AMANDA BOSARGE, individually and on behalf of their minor children, et al.,

*Plaintiff(s)*

v.

DANIEL P. EDNEY, in his official capacity as the State Health Officer, et al.,

*Defendant(s)*

Civil Action No. 1:22cv233 HSO-BWR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Allison Merit,
in her official capacity as Principal of North Bay Elementary School
1825 Popp's Ferry Road
Biloxi, MS 39532

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Walker Moller, Esq.
Siri & Glimstad LLP
100 Congress Avenue, Suite 2000 - 4590
Austin, TX 78701
wmoller@sirillp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  09/02/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:22CV233 HSO-BWR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Allison Merit** was recieved by me on **9/06/2022:**

[X] I personally served the summons on the individual at **1825 Popp's Ferry Road, Biloxi, MS 39532** on **09/07/2022**; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

[ ] I returned the summons unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and $ 150.00 for services, for a total of $ 150.00.

I declare under penalty of perjury that this information is true.

Date: 09/16/22

Server's signature

**Anthony Bounds**
*Printed name and title*

**301 Hershel Lane
Suite A
Picayune, MS 39466**

*Server's address*

Additional information regarding attempted service, etc:

**Document list served: Summons; Complaint; Plaintiffs' Memorandum in Support Their Motion for Declaratory Relief; Plaintiffs' Motion for Summary Judgement; Plaintiffs' Motion for a Preliminary Injunction and Motion to Consolidate the Preliminary Injunction Hearing with a Trial on the Merits; Applications for Admission Pro Hac Vice for Aaron Siri; Elizabeth Brehm;
Catherine Cline and Christopher Wiest.**

**I delivered the documents to Allison Merit with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.**




Tracking #: 0093403816