AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| AMANDA BOSARGE, individually and on behalf of their minor children, et al. | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.   1:22cv233 HSO-BWR |
| DANIEL P. EDNEY, in his official capacity as the State Health Officer, et al. | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Ashley Allred,
in her official capacity as Principal of Vancleave
Upper Elementary School
13901 Highway 57
Vancleave, MS 39565

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Walker Moller, Esq.
Siri & Glimstad LLP
100 Congress Avenue, Suite 2000 - 4590
Austin, TX 78701
wmoller@sirillp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:   09/02/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:22CV233 HSO-BWR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Dr. Ashley Allred**
was recieved by me on  **9/06/2022:**

☒    I personally served the summons on the individual at **13901 Highway 57, Vancleave, MS 39565** on **09/07/2022**; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name
of  organization)* ; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*


My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  09/16/22

_____
Server's signature

**Anthony Bounds**
Printed name and title

**301 Hershel Lane
Suite A
Picayune, MS 39466**

_____
Server's address


Additional information regarding attempted service, etc:

**Document list served: Summons; Complaint; Plaintiffs' Memorandum in Support Their Motion for Declaratory Relief;
Plaintiffs' Motion for Summary Judgement; Plaintiffs' Motion for a Preliminary Injunction and Motion to Consolidate
the Preliminary Injunction Hearing with a Trial on the Merits; Applications for Admission Pro Hac Vice for Aaron Siri,
Elizabeth Brehm, Catherine Cline and Christopher Wiest.**

**I delivered the documents to Dr. Ashley Allred with identity confirmed by subject saying yes when named. The
individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-
35 years of age, 5'8"-5'10" tall and weighing 120-140 lbs.**



