IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMANDA BOSARGE, JAQUELYN BUTLER,
KIMBERLY HARRELL, WILLIAM MORGAN,
PASTOR PAUL PERKINS, BRANDI RENFROE,
and DR. JEANA STANLEY, Individually and on
behalf of their Minor Children                                                                    PLAINTIFFS

VS.                                                                   CIVIL ACTION NO. 1:22-cv-233-HSO-BWR

DANIEL P. EDNEY, in his official capacity
as the State Health Officer; LYNN FITCH,
in her official capacity as Attorney General
of Mississippi; ASHLEY BLACKMAN, in
her official capacity as Principal of East Central
Lower Elementary School; DR. ARCHIE R.
MITCHELL, in his official capacity as
Principal of Senatobia Elementary School;
ALLISON MERIT, in her official capacity
as Principal of North Bay Elementary School;
DR. ASHLEY ALLRED, in her official
capacity as Principal of Vancleave Upper
Elementary School; and DOUGLAS L.
TYNES, in his official capacity as the City
Prosecutor for Ocean Springs, Mississippi                                                  DEFENDANTS

ENTRY OF APPEARANCE

COMES NOW Joseph A. O'Connell, of the law firm Bryan Nelson P.A., Post Office Drawer 18109, Hattiesburg, Mississippi 39404-8109, hereby enters his appearance as counsel of record for and on behalf of defendants, Ashley Blackman, in her capacity as Principal of East Central Lower Elementary School, and Dr. Ashley Allred, in her capacity as Principal of Vancleave Upper Elementary School, in the above-styled and numbered civil action.

1

1188992

2

THIS 22ⁿᵈ day of September 2022.

                    Respectfully submitted,

                    ASHLEY BLACKMAN and
                    DR. ASHLEY ALLRED, Defendants

By: */s/ Joseph A. O'Connell*
      Joseph A. O'Connell, MSB #3903

Joseph A. O'Connell, MSB #3903
BRYAN NELSON P.A.
Post Office Drawer 18109
Hattiesburg, Mississippi 39404-8109
T: (601) 261-4100
E: joconnell@bnlawfirm.com

and

Jack C. Pickett, Esq.
Post Office Drawer 1268
Pascagoula, Mississippi 39568
T: (228)762-3168
E: jcp@jackpickettatty.com

*Attorneys for Defendants, Ashley Blackman and Dr. Ashley Allred*

## CERTIFICATE OF SERVICE

I, Joseph A. O'Connell, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Walker D. Moller, Esq.
Siri & Glimstad LLP
501 Congress Avenue, Suite 15–#343
Austin, Texas 78701
wmoller@sirillp.com

Aaron Siri, Esq.
Elizabeth A. Brehm, Esq.
Catherine Cline, Esq.
745 Fifth Avenue, Suite 500
New York, New York 10151
aaron@sirillp.com
ebrehm@sirillp.com
ccline@sirillp.com

Christopher Wiest, Esq.
25 Town Center Blvd., Suite 104
Crestview, Kentucky 41017
Chris@cwiestlaw.com

*Attorney for Plaintiffs*

THIS 22nd day of September 2022.

/s/Joseph A. O'Connell

1188992