IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMANDA BOSARGE, JAQUELYN BUTLER,
KIMBERLY HARRELL, WILLIAM MORGAN,
PASTOR PAUL PERKINS, BRANDI RENFROE,
and DR. JEANA STANLEY, Individually and on
behalf of their Minor Children                                                                    PLAINTIFFS

VS.                                                                CIVIL ACTION NO. 1:22-cv-233-HSO-BWR

DANIEL P. EDNEY, in his official capacity
as the State Health Officer; LYNN FITCH,
in her official capacity as Attorney General
of Mississippi; ASHLEY BLACKMAN, in
her official capacity as Principal of East Central
Lower Elementary School; DR. ARCHIE R.
MITCHELL, in his official capacity as
Principal of Senatobia Elementary School;
ALLISON MERIT, in her official capacity
as Principal of North Bay Elementary School;
DR. ASHLEY ALLRED, in her official
capacity as Principal of Vancleave Upper
Elementary School; and DOUGLAS L.
TYNES, in his official capacity as the City
Prosecutor for Ocean Springs, Mississippi                                               DEFENDANTS

MOTION FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND
TO VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

COME NOW defendants, Ashley Blackman, in her capacity as Principal of East Central Lower Elementary School, and Dr. Ashley Allred, in her capacity as Principal of Vancleave Upper Elementary School (hereinafter "defendants"), and without waiving, but hereby expressly reserving, all rights to assert any and all defenses, including, but without being limited to, any and all defenses available under Fed.R.Civ.P. 12, as well as any and all affirmative defenses which may otherwise exist, hereby moves the Court for an additional 21 days from September 28, 2022 through and including October 19,

2022, within which to plead, answer, or otherwise move or respond to plaintiffs' complaint [Doc. 1]. In support of this motion, the undersigned attorney assigns the following grounds or reasons, to-wit:

1. On September 1, 2022, plaintiffs filed this action in the U.S. District Court for the Southern District of Mississippi.

2. Under the provisions of Fed.R.Civ.P. 12(a)(1)(A)(i), defendants' current deadline for pleading, answering, moving, or otherwise responding to plaintiffs' complaint is Wednesday, September 28, 2022.

3. For the following reasons, good cause exists for extending that deadline by a period of 21 days through and including October 19, 2022:

   a. Defendants' undersigned attorney first received the assignment to defend this case on Tuesday, September 19, 2022.

   b. The complaint is 48 pages, and the attached exhibits to it are 38 pages. The complaint also raises a large number of legal issues, in addition to certain factual issues.

   c. Plaintiffs have additionally presented defendants with a proposal that may impact their position in this litigation, and additional time is needed to consider it.

4. The additional time hereby requested will not prejudice plaintiffs or unduly delay the orderly disposition of this case.

5. In connection with preparing and filing this motion, defendants' undersigned attorney has obtained opposing counsel's agreement to the extension being sought and therefore no objection to this motion for time exists.

THIS 22nd day of September 2022.

                                              Respectfully submitted,

                                              ASHLEY BLACKMAN and
                                              DR. ASHLEY ALLRED, Defendants

                                   By:    */s/ Joseph A. O'Connell*
                                              Joseph A. O'Connell, MSB #3903

Joseph A. O'Connell, MSB #3903
BRYAN NELSON P.A.
Post Office Drawer 18109
Hattiesburg, Mississippi 39404-8109
T: (601) 261-4100
E: joconnell@bnlawfirm.com

and

Jack C. Pickett, Esq.
Post Office Drawer 1268
Pascagoula, Mississippi 39568
T: (228)762-3168
E: jcp@jackpickettatty.com

*Attorneys for Defendants, Ashley Blackman and Dr. Ashley Allred*

1188805

## CERTIFICATE OF SERVICE

I, Joseph A. O'Connell, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Walker D. Moller, Esq.
Siri & Glimstad LLP
501 Congress Avenue, Suite 15–#343
Austin, Texas 78701
wmoller@sirillp.com

Aaron Siri, Esq.
Elizabeth A. Brehm, Esq.
Catherine Cline, Esq.
745 Fifth Avenue, Suite 500
New York, New York 10151
aaron@sirillp.com
ebrehm@sirillp.com
ccline@sirillp.com

Christopher Wiest, Esq.
25 Town Center Blvd., Suite 104
Crestview, Kentucky 41017
Chris@cwiestlaw.com

*Attorney for Plaintiffs*

THIS 22nd day of September 2022.

*/s/Joseph A. O'Connell*

1188805