IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| AMANDA BOSARGE, JAQUELYN BUTLER, KIMBERLY HARRELL, WILLIAM MORGAN, PASTOR PAUL PERKINS, BRANDI RENFROE, and DR. JEANA STANLEY, individually and on behalf of their minor children | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO.: 1:22cv233 HSO-BWR |
| DANIEL P. EDNEY, in his official capacity as the State Health Officer; LYNN FITCH, in her official capacity as the Attorney General of Mississippi; ASHLEY BLACKMAN, in her official Capacity as Principal of East Central Lower Elementary School; DR. ARCHIE R. MITCHELL, in his official capacity as Principal of Senatobia Elementary School; ALLISON MERIT, in her official capacity as Principal of North Bay Elementary School; DR. ASHLEY ALLRED, in her official capacity as Prinicpal of Vancleave Upper Elementary School; and DOUGLAS L. TYNES, in his official capacity as the City Prosecutor for Ocean Springs, Mississippi | DEFENDANTS |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel, Robert W. Wilkinson, and hereby enters his appearance as counsel of record for the Defendant, Douglas L. Tynes, in his official capacity as City Prosecutor for Ocean Springs, Mississippi. Undersigned counsel hereby requests that all future notices, pleadings, orders and correspondence be served upon him in this action.

Respectfully submitted, this the 28th day of September, 2022.

                                                      DOUGLAS L. TYNES, in his official capacity as City Prosecutor for Ocean Springs, Mississippi, *Defendant*

                                                      /s/ *Robert W. Wilkinson*

BY: _____

                                                      ROBERT W. WILKINSON

Robert W. Wilkinson (MSB No. 105713)
A. Kelly Sessoms, III (MSB No. 9466)
WILKINSON, WILLIAMS, BOSIO & SESSOMS, PLLC
734 Delmas Avenue (39567)
Post Office Box 1618
Pascagoula, MS 39568-1618
228-762-2272
228-762-3223 fax
rwilkinson@wwbslaw.com
ksessoms@wwbslaw.com