IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMANDA BOSARGE, JAQUELYN                                   PLAINTIFFS
BUTLER, KIMBERLY HARRELL,
WILLIAM MORGAN, PASTOR PAUL
PERKINS, BRANDI RENFROE, and
DR. JEANA STANLEY, individually and on
behalf of their minor children

VERSUS                              CIVIL ACTION NO.: 1:22cv233 HSO-BWR

DANIEL P. EDNEY, in his official capacity
as the State Health Officer; LYNN FITCH, in
her official capacity as the Attorney General
of Mississippi; ASHLEY BLACKMAN,
in her official Capacity as Principal of East
Central Lower Elementary School; DR.
ARCHIE R. MITCHELL, in his official
capacity as Principal of Senatobia
Elementary School; ALLISON MERIT, in
her official capacity as Principal of North
Bay Elementary School; DR. ASHLEY
ALLRED, in her official capacity as
Prinicpal of Vancleave Upper Elementary
School; and DOUGLAS L. TYNES, in his
official capacity as the City Prosecutor for
Ocean Springs, Mississippi                                  DEFENDANTS

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, DOUGLAS L. TYNES, in his official capacity as the City

Prosecutor for Ocean Springs, Mississippi, by and through counsel, and, without waving his Rule

12 Fed. R. Civ. P. defenses, files this Unopposed Motion for Extension of Time to file responsive

pleadings to the Plaintiffs' Complaint, and in support would show as follows:

1.   By prior agreement, this Defendant's responsive pleading to Plaintiffs' [Doc. 1]

Complaint is due on or before October 13, 2022, therefore this motion is being filed prior to the

deadline.

2.  Counsel for the Plaintiff has graciously allowed an additional extension to this Defendant up to and including November 14, 2022 to respond.

3.  Due to the simplicity of this unopposed motion, this Defendant respectfully requests the Court waive the requirement of a separate memorandum brief in support.

WHEREFORE, the Defendant DOUGLAS L. TYNES, in his official capacity as the City Prosecutor for Ocean Springs, Mississippi, files this his Unopposed Motion for Extension of Time and respectfully requests the Court enter an Order extending the time for this Defendant to respond to the Plaintiffs' [Doc. 1] Complaint up to and including November 14, 2022.

Respectfully submitted, this the 7th day of October, 2022.

DOUGLAS L. TYNES, in his official capacity as City Prosecutor for Ocean Springs, Mississippi, *Defendant*

/s/ *A. Kelly Sessoms, III*

BY:   _____

A. Kelly Sessoms, III

Robert W. Wilkinson (MSB No. 105713)
A. Kelly Sessoms, III (MSB No. 9466)
WILKINSON, WILLIAMS, BOSIO & SESSOMS, PLLC
734 Delmas Avenue (39567)
Post Office Box 1618
Pascagoula, MS 39568-1618
228-762-2272
228-762-3223 fax
rwilkinson@wwbslaw.com
ksessoms@wwbslaw.com