IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMANDA BOSARGE, JAQUELYN BUTLER,
KIMBERLY HARRELL, WILLIAM MORGAN,
PASTOR PAUL PERKINS, BRANDI RENFROE,
and DR. JEANA STANLEY, Individually and on
behalf of their Minor Children                                                                                    PLAINTIFFS

VS.                                                                         CIVIL ACTION NO. 1:22-cv-233-HSO-BWR

DANIEL P. EDNEY, in his official capacity
as the State Health Officer; LYNN FITCH,
in her official capacity as Attorney General
of Mississippi; ASHLEY BLACKMAN, in
her official capacity as Principal of East Central
Lower Elementary School; DR. ARCHIE R.
MITCHELL, in his official capacity as
Principal of Senatobia Elementary School;
ALLISON MERIT, in her official capacity
as Principal of North Bay Elementary School;
DR. ASHLEY ALLRED, in her official
capacity as Principal of Vancleave Upper
Elementary School; and DOUGLAS L.
TYNES, in his official capacity as the City
Prosecutor for Ocean Springs, Mississippi                                                                        DEFENDANTS

### UNOPPOSED MOTION FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

COME NOW defendants, Ashley Blackman, in her capacity as Principal of East Central Lower Elementary School, and Dr. Ashley Allred, in her capacity as Principal of Vancleave Upper Elementary School (hereinafter "defendants"), and without waiving, but hereby expressly reserving, all rights to assert any and all defenses, including, but without being limited to, any and all defenses available under Fed.R.Civ.P. 12, file their unopposed motion for additional time to respond to plaintiffs' complaint [Doc. 1]. In support of this motion, the undersigned attorney assigns the following grounds or reasons, to-wit:

1

1. On September 23, 2022, the Court entered its order granting defendants' motion for additional time to respond to plaintiffs' complaint [Doc. 18], making the deadline for defendants to respond to the complaint October 19, 2022.

2. Since then, counsel for plaintiffs have offered the courtesy of allowing defendants Blackman and Allred until November 14, 2022, to respond to the complaint, since that is the date on which response will be due from the Attorney General of the State of Mississippi, and defendants Blackman and Allred want to accept that offer and file their response to the complaint on November 14, 2022.

WHEREFORE, PREMISES CONSIDERED, defendants, Ashley Blackman, in her capacity as Principal of East Central Lower Elementary School, and Dr. Ashley Allred, in her capacity as Principal of Vancleave Upper Elementary School, respectfully requests the Court enter an order allowing defendants up to and including November 14, 2022, to respond to plaintiffs' complaint.

THIS 18th day of October 2022.

Respectfully submitted,

ASHLEY BLACKMAN and
DR. ASHLEY ALLRED, Defendants

By: */s/ Joseph A. O'Connell*
Joseph A. O'Connell, MSB #3903

Joseph A. O'Connell, MSB #3903
BRYAN NELSON P.A.
Post Office Drawer 18109
Hattiesburg, Mississippi 39404-8109
T: (601) 261-4100
E: joconnell@bnlawfirm.com

Jack C. Pickett, Esq.
Post Office Drawer 1268
Pascagoula, Mississippi 39568
T: (228)762-3168
E: jcp@jackpickettatty.com

*Attorneys for Defendants, Ashley Blackman and Dr. Ashley Allred*

1195631

## CERTIFICATE OF SERVICE

I, Joseph A. O'Connell, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Walker D. Moller, Esq.
Siri & Glimstad LLP
501 Congress Avenue, Suite 15–#343
Austin, Texas 78701
wmoller@sirillp.com

Aaron Siri, Esq.
Elizabeth A. Brehm, Esq.
Catherine Cline, Esq.
745 Fifth Avenue, Suite 500
New York, New York 10151
aaron@sirillp.com
ebrehm@sirillp.com
ccline@sirillp.com

Christopher Wiest, Esq.
25 Town Center Blvd., Suite 104
Crestview, Kentucky 41017
Chris@cwiestlaw.com

*Attorneys for Plaintiffs*

Robert W. Wilkinson, Esq.
A. Kelly Sessoms, III, Esq.
Wilkinson, Williams, Bosio & Sessoms, PLLC
Post Office Box 1618
Pascagoula, Mississippi 39568-1618
rwilkinson@wwbslaw.com
ksessoms@wwbslaw.com

*Attorneys for Defendant, Douglas L. Tynes*

THIS 18th day of October 2022.

/s/Joseph A. O'Connell