AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

AMANDA BOSARGE, individually and on behalf of their minor children, et al.,

*Plaintiff(s)*

v.

DANIEL P. EDNEY, in his official capacity as the State Health Officer, et al.,

*Defendant(s)*

Civil Action No. 1:22cv233 HSO-BWR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Douglas L. Tynes,
in his official capacity as the City Prosecutor for Ocean Springs, Mississippi
1018 Porter Avenue
Ocean Springs, MS 39564

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Walker Moller, Esq.
Siri & Glimstad LLP
100 Congress Avenue, Suite 2000 - 4590
Austin, TX 78701
wmoller@sirillp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 09/02/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No.    **1:22-CV-00233-HSO-BWR**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons, Complaint, Plaintiffs' Motion for a Preliminary Injunction and Motion to Consolidate the Preliminary Injunction Hearing with a Trial on the Merits, Motion for Summary Judgment, Memorandum in Support Their Motion for Declaratory Relief, Summary Judgement, and Preliminary and Permanent Injunction, Applications for Admission Pro Hac Vice for Aaron Siri, Elizabeth Brehm, Catherine Cline and Christopher Wiest for **Douglas L. Tynes** was recieved by me on **11/03/2022**:

[X] I personally served the summons on the individual at **525 KREBS AVE, PASCAGOULA, MS 39567** on **11/03/2022**; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

[ ] I returned the summons unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:   11/10/2022

*Steve McColland*
Server's signature

**Steve McColland**
Printed name and title

**368 MICHIGAN AVE**
**MOBILE, AL 36604**

Server's address

I effected service of the following documents: This Summons, Complaint, Plaintiffs' Motion for a Preliminary Injunction and Motion to Consolidate the Preliminary Injunction Hearing with a Trial on the Merits, Motion for Summary Judgment, Memorandum in Support of Their Motion for Declaratory Relief, Summary Judgement, and Preliminary and Permanent Injunction, Applications for Admission Pro Hac Vice for Aaron Siri, Elizabeth Brehm, Catherine Cline and Christopher Wiest

Additional information regarding attempted service, etc:

**I delivered the documents to Douglas L. Tynes who indicated they were the Named Defendant with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.**




Tracking #: 0096231333