UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DISTRICT

AMANDA BOSARGE, JAQUELYN
BUTLER, KIMBERLY HARRELL,
WILLIAM MORGAN, PASTOR PAUL
PERKINS, BRANDI RENFROE, and DR.
JEANA STANLEY, individually and on
behalf of their minor children,

        *Plaintiffs,*

vs.                                Civil Action No. 1:22-cv-233-HSO-BWR

DANIEL P. EDNEY, in his official capacity
as the State Health Officer; LYNN FITCH, in
her official capacity as the Attorney General
of Mississippi; ASHLEY BLACKMAN, in her
official Capacity as Principal of East Central
Lower Elementary School; DR. ARCHIE R.
MITCHELL, in his official capacity as Principal
Of Senatobia Elementary School; ALLISON MERIT,
in her official capacity as Principal of North Bay
Elementary School; DR. ASHLEY ALLRED, in her
official capacity as Principal of Vancleave Upper
Elementary School; and DOUGLAS L. TYNES, in
his official capacity as the City Prosecutor for
Ocean Springs, Mississippi,

        *Defendants*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Erin Saltaformaggio, of the law firm Bradley Arant Boult Cummings, LLP, hereby enters her appearance as counsel for Defendant Dr. Daniel P. Edney in his official capacity as State Health Officer. Counsel requests that all further papers and pleadings in this action to be served upon her.

Respectfully submitted, November 14, 2022.

1

*/s/ Erin Saltaformaggio*
Erin Saltaformaggio (MS Bar #103999)
Bradley Arant Boult Cummings, LLP
188 East Capitol Street, Suite 1000
P.O. Box 1789
Jackson, MS  39215-1789
Telephone:  (601) 948-8000
Facsimile:   (601) 948-3000
esaltaformaggio@bradley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2022, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF filing system, which will send notification of such filing to all counsel of record.

Submitted November 14, 2022.

*/s/ Erin Saltaformaggio*
ERIN SALTAFORMAGGIO

2