UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AMANDA BOSARGE, individually and on behalf of their minor children, et al.,**

*Plaintiffs,*

-against-

**DANIEL P. EDNEY**, **in his official capacity as the State Health Officer, et al.,**

*Defendants.*

Civil Action No. 1:22-cv-00233-HSO-BWR

## JOINT MOTION FOR BRIEFING SCHEDULING ORDER

Plaintiffs Amanda Bosarge, Jaquelyn Butler, Kimberly Harrell, William Morgan, Pastor Paul Perkins, Brandi Renfroe, and Dr. Jeana Stanley ("Plaintiffs") and Defendant Attorney General Fitch ("Defendant") file this joint motion for a briefing scheduling order. Plaintiffs and Defendant respectfully move the Court for the following:

(1) Defendant's answer to the complaint to be due on or before November 21, 2022; and

(2) Defendant's opposition to Plaintiffs' pending motion for a preliminary injunction (ECF No. 3) and for summary judgment (ECF No. 4) to be due on or before November 21, 2022, and Plaintiffs' replies to be due on or before December 1, 2022.

Dated:  November 15, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Walker Moller* | */s/ Douglas Miracle* |
| Walker Moller, Attorney | Douglas T. Miracle (MSB # 9648) |
| Mississippi Bar Number: 105187 | Assistant Attorney General |
| 501 Congress Avenue | Mississippi Attorney General's Office |
| Suite 150 – #343 | 550 High Street, Suite 1100 |
| Austin, TX 78701 | Post Office Box 220 |
| Tel: (512) 265-5622 | Jackson, Mississippi 39205-0220 |
| Fax: (646) 417-5967 | Telephone: (601) 359-5654 |
| wmoller@sirillp.com | Doug.Miracle@ago.ms.gov |
| *Attorney for Plaintiffs* | *Attorney for Defendant Attorney General Lynn Fitch* |