## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**AMANDA BOSARGE, individually and on behalf of their minor children, et al.,**

*Plaintiffs,*

-against-

**DANIEL P. EDNEY**, **in his official capacity as the State Health Officer, et al.,**

*Defendants.*

Civil Action No. 1:22-cv-00233-HSO-BWR

## JOINT MOTION FOR AGREED ORDER

Plaintiffs, through counsel, and Defendants Ashley Blackman Dooley and Ashley Allred, in their official capacities, through counsel, and Defendant Douglas Tynes, in his official capacity, through counsel, file this joint motion for an agreed order. Plaintiffs and the above-referenced Defendants respectfully move the Court for the following:

1. Defendants Ashley Blackman Dooley, Ashley Allred, and Douglas Tynes will be bound, to the extent such a judgment entered hereafter actually applies to them, by the judgment or mandate that ultimately becomes final in this proceeding, whether it is entered by this District Court or subsequently entered by an appellate court;

2. Defendants Ashley Blackman Dooley, Ashley Allred, and Douglas Tynes will not be required to, and will not, file an Answer or other responsive pleading, or otherwise participate in the defense of Plaintiffs' claims, except as the District Court may require and order hereafter and the motions to stay participation in this matter (Dkt. Nos. 23

and 24) will be withdrawn immediately and automatically upon the entry of an order granting the relief requested herein; and

3. Defendants Ashley Blackman Dooley, Ashley Allred, and Douglas Tynes shall not be liable to Plaintiffs for any "prevailing party" attorney fees or costs that may be awarded in this matter; nothing in this paragraph shall constitute a waiver of such fees or costs against the State of Mississippi, the Mississippi Department of Health, or any other named defendant.

Dated: November 16, 2022

Respectfully submitted,

*/s/ Walker Moller*
Walker Moller, Attorney (MS Bar # 105187)
501 Congress Avenue
Suite 150 – #343
Austin, TX 78701
Tel: (512) 265-5622
Fax: (646) 417-5967
wmoller@sirillp.com

*Attorney for Plaintiffs*

*/s/ Joseph A. O'Connell*
Joseph A. O'Connell (MS Bar # 3903)
204 West Front Street
P.O. Drawer 18109
Hattiesburg, Mississippi 39401
(601)261-4100 Office
(601)261-4106 Fax
joconnell@bnlawfirm.com

*Attorney for Defendants, Ashley Blackman Dooley and Ashley Allred*

*/s/ A. Kelly Sessoms*

A. Kelly Sessoms, III (MS Bar No. 9466)
Robert W. Wilkinson (MS Bar No. 7215)
Wilkinson, Williams, Bosio & Sessoms, PLLC
734 Delmas Avenue (39567)
Post Office Box 1618 Pascagoula, MS 39568-1618
rwilkinson@wwbslaw.com
ksessoms@wwbslaw.com

*Attorneys for Defendant, Douglas L. Tynes*