**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**AMANDA BOSARGE, individually and on behalf of their minor children, et al.,**

*Plaintiffs,*

v.

**DANIEL P. EDNEY**, **in his official capacity as the State Health Officer, et al.,**

*Defendants.*

Civil Action No. 1:22-cv-00233-HSO-BWR

**ORDER GRANTING JOINT MOTION [37] FOR AN AGREED ORDER
AND DENYING AS MOOT MOTIONS [23], [24] TO STAY PARTICIPATION**

CAME BEFORE THE COURT, the Joint Motion [37] of Plaintiffs and Defendants Ashley Blackman, Ashley Allred, and Douglas Tynes. The Court finds the Joint Motion [37] for an Agreed Order to be well-taken, and it is GRANTED.

Accordingly, it is hereby ORDERED that:

1. Defendants Ashley Blackman, Ashley Allred, and Douglas Tynes will be bound, to the extent such a judgment entered hereafter actually applies to them, by the judgment or mandate that ultimately becomes final in this proceeding, whether it is entered by this District Court or subsequently entered by an appellate court;

2. Defendants Ashley Blackman, Ashley Allred, and Douglas Tynes will not be required to, and will not, file an Answer or other responsive pleading, or otherwise participate in the defense of Plaintiffs' claims, except as the District Court may require and order

2

hereafter, and the Motions [23], [24] to stay participation in this matter are withdrawn and denied as moot; and

3. Defendants Ashley Blackman, Ashley Allred, and Douglas Tynes shall not be liable to Plaintiffs for any "prevailing party" attorney fees or costs that may be awarded in this matter.

**IT IS SO ORDERED** this 17th day of November, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE