**Rex Shannon**

| | |
|---|---|
| **From:** | Aaron Siri <aaron@sirillp.com> |
| **Sent:** | Wednesday, November 2, 2022 2:57 PM |
| **To:** | Rex Shannon; Doug Miracle |
| **Cc:** | Elizabeth Brehm; Catherine Cline; chris; Walker Moller |
| **Subject:** | RE: Bosarge et al. v. Edney et al., 1:22-cv-00233-HSO-BWR |

Good afternoon, Mr. Shannon,

Contrary to our what I was told on the call yesterday with our process server, the process service company emailed us today to advise that, while the health department was served with all papers, the AG's office was only served with the summons.  Given same, you were correct that your office was apparently only served with the summons.  We asked the process server to prepare an amended affidavit of service which we will be filing to correct that mistake.  Apologies on that score.

We have separately, as noted below, sent you all papers via overnight USPS and you should receive them today.  That was done as to all defendants to avoid any service issues.  That should resolve any question of service on the AG as to all papers.  Given that your office has been aware of the motion since at least September 22, 2022, would your office be willing to enter into a briefing schedule on the pending motions?

If not, we will file a request for same with the Court.

Thank you,
Aaron

EXHIBIT

*B*