IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AMANDA BOSARGE, et al.**                                                                                          **PLAINTIFFS**

**v.**                                                    **CIVIL ACTION NO.: 1:22-CV-00233-HSO-BWR**

**DANIEL P. EDNEY, et al.**                                                                                          **DEFENDANTS**

### ENTRY OF APPEARANCE

**NOW COMES** Mary McKay Griffith of the firm Jacks | Griffith | Luciano, P.A., Attorneys at Law, Cleveland, Mississippi, being a member in good standing of the Bar of the State of Mississippi and duly admitted to this Court, enters her appearance as counsel of record for Defendant Dr. Archie R. Mitchell, in his Official Capacity as Principal of Senatobia Elementary School.

**RESPECTFULLY SUBMITTED** this the 28th day of November, 2022.

                                            **JACKS| GRIFFITH| LUCIANO, P.A.**

                     By:    /s/ *Mary McKay Griffith*
                             Mary McKay Griffith, MS Bar No. 100785
                             Attorney for Defendant Dr. Archie Mitchell

Of Counsel:

**JACKS| GRIFFITH| LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. 662-843-6171
FAX No. 662-843-6176
Email: mgriffith@jlpalaw.com

**CERTIFICATE OF SERVICE**

  I, Mary McKay Griffith, attorney of record for Defendant, Dr. Archie Mitchell, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Entry of Appearance* to be delivered by the ECF Filing System which gave notice to the following:

    Walker D. Moller, Esq.
    Siri & Glinstad, LLP - Austin
    Email: wmoller@sirillp.com
    **Attorney for Plaintiffs**

    Aaron Siri, Esq.
    Catherine Cline, Esq.
    Elizabeth A. Brehm, Esq.
    Siri & Glinstad, LLP - New York
    Email: aaron@sirillp.com
      ccline@sirillp.com
      ebrehm@sirillp.com
    **Attorneys for Plaintiffs**

    Christopher D. Wiest, Esq.
    Chris Wiest, Attorney-at-Law, PLLC
    Email: chris@cwiestlaw.com

    Joseph A. O'Connell, Esq.
    Bryan Nelson, P.A. - Hattiesburg
    Email: joconnell@bnlawfirm.com
    **Attorney for Ashley Blackman and Ashley Allred**

    Robert W. Wilkinson, Esq.
    Alexander Kelly Sesoms, III, Esq.
    Wilkinson, Williams, Bosio, & Sessoms, PLLC - Pascagoula
    Email: rwilkinson@wwbslaw.com
      ksessoms@wwbslaw.com
    **Attorneys for Dougles L. Tynes**

  **DATED** this 28th day of November, 2022.

              /s/ ***Mary McKay Griffith***
              Mary McKay Griffith