## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**AMANDA BOSARGE, individually and on behalf of their minor children, et al.,**

*Plaintiffs,*

-against-

**DANIEL P. EDNEY**, **in his official capacity as the State Health Officer, et al.,**

*Defendants.*

Civil Action No. 1:22-cv-00233-HSO-BWR

### PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

Plaintiffs, Amanda Bosarge, Jaquelyn Butler, Kimberly Harrell, William Morgan, Paul Perkins, Brandi Renfroe, and Jeana Stanley, hereby move for leave to file a rebuttal brief that exceeds the page limitations set by LR(b)(5). Plaintiffs filed a single, thirty-one-page Memorandum that supported their: (1) Motion for Preliminary Injunction and to Consolidate Injunction Hearing with a Trial on the Merits [Dkt. #3]; and (2) Motion for Summary Judgment [Dkt. #4].

Plaintiffs interpreted the motions as separate and distinct, and, pursuant to their interpretation of LR 7(b)(5), Plaintiffs have a combined total of seventy pages for their original and rebuttal memorandum briefs. Because the original Memorandum [Dkt. # 5] supporting both the motions for preliminary injunction and summary judgement consisted of thirty-one pages, Plaintiffs are operating under the assumption that they have nineteen pages remaining to respond Defendant Attorney General Lynn Fitch's Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction and Motion to Consolidate the Preliminary Injunction Hearing with a Trial

on the Merits [Dkt. #41], and approximately nineteen pages to rebut any opposition to their Motion for Summary Judgment. [Dkt. #4].

Out of an abundance of caution, however, and in the event Plaintiffs have interpreted the Local Rules incorrectly, the instant motion is filed. Considering the complexity of the legal issues involved in this action and the constitutional rights at issue, Plaintiffs respectfully request leave to file a rebuttal brief that exceeds the page limitations set by LR 7(b)(5). Specifically, <u>Plaintiffs request permission to file up to a nineteen-page rebuttal</u> to Attorney General Lynn Fitch's Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction [Dkt. #41] <u>and permission to file up to a nineteen-page rebuttal</u> to Attorney General Lynn Fitch's Motion to Deny or Continue or, Alternatively, to Stay or Hold in Abeyance, Plaintiffs' Motion for Summary Judgment. [Dkt. #43].

Dated: November 29, 2022.

Respectfully submitted,

SIRI & GLIMSTAD LLP

BY:    /s/ *Walker D. Moller*
        Walker D. Moller, Attorney
        Mississippi Bar Number: 105187
        501 Congress Avenue
        Suite 150 – #343
        Austin, TX 78701
        Tel: (512) 265-5622
        Fax: (646) 417-5967
        wmoller@sirillp.com