# Vicky Smith

| | |
|---|---|
| **From:** | Bethany Tarpley |
| **Sent:** | Monday, November 28, 2022 11:22 AM |
| **To:** | aaron@sirillp.com; ebrehm@sirillp.com; ccline@sirillp.com; chris@cwiestlaw.com; wmoller@sirillp.com |
| **Cc:** | Danny Griffith; Vicky Smith |
| **Subject:** | Bosage v. Edney |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

All-

We were just retained to represent Archie Mitchell, in his official capacity as Principal of Senatobia Elementary School.  I realize that his Answer(s) is/ are due today- but I will not be able to speak to my client today as I am in zoom depos all day.

It also appears that a number of other school defendants have elected not to participate directly in this litigation.

Would you object to giving me thirty days to formulate an Answer and discuss these options with my client?  With the holidays and school schedules, I think this is the earliest I can get this all done.

Please call me if you would like to discuss further.

Sincerely,

Bethany A. Tarpley

# jacks | griffith | luciano, p.a.
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
t 662-843-6171
f 662-843-6176
c 601-760-8520
btarpley@jlpalaw.com
www.jlpalaw.com

## BEST PRACTICES CERTIFIED

The information contained within this e-mail, and the files transmitted with it, are confidential and may be privileged, and is intended solely for those persons to whom this message is addressed. If you are not the intended recipient, please discard this message and any attachments thereto, immediately and do not circulate this message to any other person. If you believe you have received this e-mail in error, please notify the sender at the information above.