**Vicky Smith**

| | |
|---|---|
| **From:** | Bethany Tarpley |
| **Sent:** | Monday, November 28, 2022 3:02 PM |
| **To:** | Walker Moller; Aaron Siri; Elizabeth Brehm; Catherine Cline; chris |
| **Cc:** | Danny Griffith; Vicky Smith |
| **Subject:** | RE: Bosage v. Edney |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I appreciate your response.  Unfortunately, I am not able to sufficiently discuss this option with my client.

I will file my motion for additional time and note your opposition to the same.

Sincerely,

Bethany A. Tarpley

# jacks | griffith | luciano, p.a.

P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
t 662-843-6171
f 662-843-6176
c 601-760-8520
btarpley@jlpalaw.com
www.jlpalaw.com

## BEST PRACTICES CERTIFIED

The information contained within this e-mail, and the files transmitted with it, are confidential and may be privileged, and is intended solely for those persons to whom this message is addressed. If you are not the intended recipient, please discard this message and any attachments thereto, immediately and do not circulate this message to any other person. If you believe you have received this e-mail in error, please notify the sender at the information above.

---

**From:** Walker Moller <wmoller@sirillp.com>
**Sent:** Monday, November 28, 2022 2:41 PM
**To:** Bethany Tarpley <btarpley@jlpalaw.com>; Aaron Siri <aaron@sirillp.com>; Elizabeth Brehm <ebrehm@sirillp.com>; Catherine Cline <ccline@sirillp.com>; chris <chris@cwiestlaw.com>
**Cc:** Danny Griffith <DGriffith@jlpalaw.com>; Vicky Smith <VSmith@jlpalaw.com>
**Subject:** Re: Bosage v. Edney

Bethany,

Thank you for reaching out.   We are happy to sign onto the same order with your client that the other school administrator defendants did. Basically, the other school principals in the lawsuit agreed that they would not be required to answer the complaint or otherwise participate in the proceedings, and agreed that they would be bound by any final order that the court entered relative to the case.  The court's order dictates that these defendants would not be required to pay any attorney's fees in the event Plaintiffs ultimately prevailed.

I will send you a draft agreed order if that is a route your client would like to go.

Because our clients would be prejudiced, we cannot agree to an extension.

Best Regards,


Walker D. Moller, Attorney

# Siri | Glimstad

501 Congress Avenue

Suite 150-#343

Austin, Texas 78701

Main: 512-265-5622

Facsimile: 646-417-5967
www.sirillp.com

---

**From:** Bethany Tarpley <btarpley@jlpalaw.com>
**Sent:** Monday, November 28, 2022 11:22 AM
**To:** Aaron Siri <aaron@sirillp.com>; Elizabeth Brehm <ebrehm@sirillp.com>; Catherine Cline <ccline@sirillp.com>; chris <chris@cwiestlaw.com>; Walker Moller <wmoller@sirillp.com>
**Cc:** Danny Griffith <DGriffith@jlpalaw.com>; Vicky Smith <VSmith@jlpalaw.com>
**Subject:** Bosage v. Edney

All-

We were just retained to represent Archie Mitchell, in his official capacity as Principal of Senatobia Elementary School.  I realize that his Answer(s) is/ are due today- but I will not be able to speak to my client today as I am in zoom depos all day.

It also appears that a number of other school defendants have elected not to participate directly in this litigation.

Would you object to giving me thirty days to formulate an Answer and discuss these options with my client?  With the holidays and school schedules, I think this is the earliest I can get this all done.

Please call me if you would like to discuss further.

Sincerely,

Bethany A. Tarpley

# jacks | griffith | luciano, p.a.

P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
t 662-843-6171
f 662-843-6176
c 601-760-8520
btarpley@jlpalaw.com
www.jlpalaw.com
***BEST PRACTICES CERTIFIED***

The information contained within this e-mail, and the files transmitted with it, are confidential and may be privileged, and is intended solely for those persons to whom this message is addressed. If you are not the intended recipient, please discard this message and any attachments thereto, immediately and do not circulate this message to any other person. If you believe you have received this e-mail in error, please notify the sender at the information above.