Exhibit B

## DECLARATION OF JAMESON TAYLOR

1.  My name is Jameson Taylor. I live at 864 Briarwood Drive, Jackson, MS 39211.

2.  I hold a Ph.D. in political theory and have worked at two public policy nonprofits in Mississippi for more than 10 years, lobbying the Legislature on various issues, including religious freedom issues. I have a good track record as a lobbyist and have helped pass many important bills.

3.  Over the years, intermittently from 2012 to 2018, I have advocated for the passage of a religious exemption to the state's mandatory vaccination requirements. For example, I testified before the Mississippi Judiciary B Committee on January 24, 2018, in support of a religious vaccine exemption. The chairman of this committee, then Rep. Andy Gipson, was the sponsor of this bill. Despite being good policy and an essential protection for the freedom of religion, this bill died, as had other religious exemption bills in past sessions. At that point, it became clear to me that a religious exemption was very unlikely to pass in Mississippi.

4.  After 2018, I essentially stopped lobbying for a religious exemption. In my conversations with lawmakers and other policymakers, the Mississippi Supreme Court case of *Brown v. Stone* was definitively cited as a reason why legislation establishing a religious exemption to vaccination is not a viable option in Mississippi. The opinion of these lawmakers was that: "The court has already ruled on this. Why waste our time." To say the least, the *Brown v. Stone* decision has been a major impediment to passage of a religious exemption to vaccination in the Mississippi Legislature, to such a degree that the effort to lobby for such an exemption has been futile.

5.  Consequently, I concluded that pursuing a religious exemption in Mississippi is not a feasible option.

I, the undersigned, declare under penalty of perjury that the statements made in the above affidavit are true and correct to the best of my knowledge, information, and belief.

JAMESON TAYLOR

Signed: December 3, 2022