# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **AMANDA BOSARGE, individually and on behalf of their minor children, et al.,** | |
| *Plaintiffs,* | Civil Action No. 1:22-cv-00233-HSO-BWR |
| -against- | |
| **DANIEL P. EDNEY**, **in his official capacity as the State Health Officer, et al.,** | |
| *Defendants.* | |

### MEMORANDUM OF AUTHORITIES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ATTORNEY GENERAL LYNN FITCH'S MOTION TO DENY OR CONTINUE OR, ALTERNATIVELY, TO STAY OR HOLD IN ABEYANCE, PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [DKT. # 43].

Plaintiffs believe that the Court can enter summary judgment in their favor for the same reasons they believe the Court can enter final judgment pursuant to Fed. R. Civ. P. 65(a)(2), and hereby incorporated by reference as if fully set forth herein the arguments with regard to same from Section III of the *Memorandum of Authorities in Support of Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for a Preliminary Injunction and Motion to Consolidate the Preliminary Injunction Hearing with a Trial on the Merits*, filed contemporaneously with this opposition. (Dkt. 57 at Section III).

Plaintiffs request that the Court grant the motion for summary judgment. In the event the Court believes additional discovery is needed prior to ruling on the motion for summary judgment, Plaintiffs request that the Court hold the motion in abeyance for 60 days during which Plaintiffs

will request expedited discovery and will produce any requested documents forthwith and will make Plaintiffs available for deposition as soon as practicable.  Plaintiffs respectfully request that any abeyance does not cause delay in a decision on the pending motion for preliminary injunction (Dkt. 3).

Dated: December 5, 2022	Respectfully submitted,

SIRI & GLIMSTAD LLP

BY:	*/s/ Walker Moller*
Walker D. Moller, Attorney
Mississippi Bar Number: 105187
501 Congress Avenue
Suite 150 – #343
Austin, TX 78701
Tel: (512) 265-5622
Fax: (646) 417-5967
wmoller@sirillp.com

Aaron Siri, Esq.
Elizabeth A. Brehm, Esq.
Catherine Cline, Esq.
745 Fifth Ave, Suite 500
New York, NY 10151
Tel: (212) 532-1091
Fax: (646) 417-5967
aaron@sirillp.com
ebrehm@sirillp.com
ccline@sirillp.com

Christopher Wiest
25 Town Center Blvd., Suite 104
Crestview, KY 41017
Tel: (513) 257-1895
Fax: (859) 495-0803
chris@cwiestlaw.com

*Attorneys for Plaintiffs*