UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AMANDA BOSARGE, individually and on behalf of their minor children, et al.,**

*Plaintiffs,*

-against-

**DANIEL P. EDNEY**, **in his official capacity as the State Health Officer, et al.,**

*Defendants.*

Civil Action No. 1:22-cv-00233-HSO-BWR

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF WILLIAM MORGAN'S CLAIMS AGAINST DEFENDANT ATTORNEY GENERAL LYNN FITCH

1. Pursuant to FRCP 41(a)(1)(A)(ii) and consistent with *Nat'l City Golf Fin., a Div. of Nat'l City Commercial Capital Co. v. Scott*, 899 F.3d 412, 415 n.3 (5th Cir. 2018), Plaintiff William Morgan and Defendant Lynn Fitch, in her official capacity as Attorney General of Mississippi, ("the Attorney General") jointly stipulate that Plaintiff William Morgan's claims against the Attorney General are hereby voluntarily dismissed without prejudice.

2. This joint stipulation of voluntary dismissal shall not be construed as a dismissal of any claims of Plaintiffs Amanda Bosarge, Jaquelyn Butler, Kimberly Harrell, Paul Perkins, Brandi Renfroe, or Jeana Stanley.

(signatures of counsel on following page)

(continued from *Joint Stipulation of Voluntary Dismissal of Plaintiff William Morgan's Claims Against Defendant Attorney General Lynn Fitch* on preceding page)

Dated: December 20, 2022.

| | |
|---|---|
| **/s/ Walker D. Moller** | **/s/Rex M. Shannon III** |
| Walker D. Moller, Attorney | Rex M. Shannon III (MSB #102974) |
| Mississippi Bar Number: 105187 | Special Assistant Attorney General |
| 501 Congress Avenue | Mississippi Attorney General's Office |
| Suite 150 – #343 | 550 High Street, Suite 1100 |
| Austin, TX 78701 | Post Office Box 220 |
| Tel: (512) 265-5622 | Jackson, Mississippi 39205-0220 |
| Fax: (646) 417-5967 | Telephone: (601) 359-4184 |
| wmoller@sirillp.com | rex.shannon@ago.ms.gov |
| *Attorney for Plaintiffs* | *Attorney for Defendant Attorney General Lynn Fitch* |