## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**AMANDA BOSARGE, individually and on behalf of their minor children, et al.,**

*Plaintiffs,*

-against-

**DANIEL P. EDNEY**, in his official capacity as the State Health Officer, et al.,

*Defendants.*

Civil Action No. 1:22-cv-00233-HSO-BWR

### NOTICE OF CASE-RELATED EVENTS

Plaintiffs, Amanda Bosarge, Jaquelyn Butler, Kimberly Harrell, William Morgan, Paul Perkins, Brandi Renfroe, and Jeana Stanley ("**Plaintiffs**") provide this notice to the Court of recent case-related events. In briefing, Defendants alluded to the possibility of intervening legislation that may have an impact on this case. *See* Dkt. No. 40, p. 3, fn. 1 ("The Mississippi Attorney General's Office is advised that the Mississippi Legislature may, in the upcoming legislative session, take up the issue of amending § 41-23-37 [the Compulsory Vaccination Law] to expressly provide an option for a religious exemption to the school vaccination requirement in the text of that statute.").

Various proposed religious exemption bills regarding Mississippi's compulsory vaccination requirements for schoolchildren failed in both the Mississippi Senate and the House of Representatives. Specifically, House Bill numbers 1302, 1314, 1486, 1487, and 1488 failed to make it out of committee. Likewise, Senate Bill numbers 2766 and 2767 failed to make it out of committee. Under the legislative calendar, the January 31, 2023 deadline for bills to make it out of committee has passed. Consequently, intervening legislative action should not impact the

1

disposition of this case. However, there remains ongoing irreparable harm to Plaintiffs and their minor children.

Dated: February 21, 2023.

Respectfully submitted,

SIRI & GLIMSTAD LLP

BY:  /s/ *Walker D. Moller*
     Walker D. Moller, Attorney
     Mississippi Bar Number: 105187
     1005 Congress Avenue
     Suite 925 – C36
     Austin, TX 78701
     Tel: (512) 265-5622
     Fax: (646) 417-5967
     wmoller@sirillp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 21, 2023, a true and correct copy of this *Notice of Case-Related Events* was served by CM/ECF on all counsel or parties of record.

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 21st day of February 2023.

BY:   /s/ ***Walker D. Moller***
Walker D. Moller, Attorney
Mississippi Bar Number: 105187
1005 Congress Avenue
Suite 925 – C36
Austin, TX 78701
Tel: (512) 265-5622
Fax: (646) 417-5967
wmoller@sirillp.com