IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AMANDA BOSARGE, ET AL.**                                                            **PLAINTIFFS**

**VS.**                               **Civil Action No. 1:22-cv-00233-HSO-BWR**

**DANIEL P. EDNEY, in his official capacity
as the State Health Officer, ET AL.**                                         **DEFENDANTS**

## ENTRY OF APPEARANCE OF COUNSEL

      Please take notice that Douglas T. Miracle, Assistant Attorney General for the State of Mississippi, hereby files his Entry of Appearance as counsel of record for Defendant Lynn Fitch, in her official capacity as Attorney General of Mississippi.

      The undersigned requests that his name be placed on the service matrix and that all motions, notices and pleadings in this matter be served upon him as counsel for the named defendants.

      THIS the 13th day of March, 2023.

                                                Respectfully submitted,

                                               LYNN FITCH, IN HER OFFICIAL CAPACITY
                                               AS ATTORNEY GENERAL OF MISSISSIPPI,
                                               DEFENDANT

                                               By:    LYNN FITCH, ATTORNEY GENERAL
                                                             STATE OF MISSISSIPPI

                                               By:    s/Douglas T. Miracle
                                                               DOUGLAS T. MIRACLE (MSB #9648)
                                                              Assistant Attorney General

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220

Tel.:  (601) 359-4184
Fax:  (601) 359-2003
doug.miracle@ago.ms.gov

ATTORNEY FOR DEFENDANT LYNN FITCH,
IN HER OFFICIAL CAPACITY AS ATTORNEY
GENERAL OF MISSISSIPPI

## CERTIFICATE OF SERVICE

I, Rex M. Shannon III, Special Assistant Attorney General and attorney for Defendant Lynn Fitch, in her official capacity as Attorney General of Mississippi, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 13th day of March, 2023.

s/Douglas T. Miracle
DOUGLAS T. MIRACLE