IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AMANDA BOSARGE, ET AL.**                                                   **PLAINTIFFS**

**VS.**                         **Civil Action No. 1:22-cv-00233-HSO-BWR**

**DANIEL P. EDNEY, in his official capacity**
**as the State Health Officer, ET AL.**                                **DEFENDANTS**

**NOTICE OF SERVICE**

NOTICE IS HEREBY GIVEN that Defendant Lynn Fitch, in her official capacity as Attorney General of Mississippi, by and through counsel, has this date served the following:

1. *Defendant Attorney General Lynn Fitch's Initial Disclosures*.

The undersigned retains the original of the above-referenced papers as custodian thereof.

THIS the 14th day of April, 2023.

                                                 Respectfully submitted,

                                                 LYNN FITCH, IN HER OFFICIAL CAPACITY
                                                 AS ATTORNEY GENERAL OF MISSISSIPPI,
                                                 DEFENDANT

                                                 By:     LYNN FITCH, ATTORNEY GENERAL
                                                            STATE OF MISSISSIPPI

                                                 By:     s/Rex M. Shannon III
                                                            REX M. SHANNON III (MSB #102974)
                                                            Special Assistant Attorney General\

Douglas T. Miracle (MSB #9648)
Rex M. Shannon III (MSB #102974)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220

Tel.: (601) 359-4184
Fax: (601) 359-2003
doug.miracle@ago.ms.gov
rex.shannon@ago.ms.gov

ATTORNEYS FOR DEFENDANT LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI

## **CERTIFICATE OF SERVICE**

I, Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys for Defendant Lynn Fitch, in her official capacity as Attorney General of Mississippi, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 14th day of April, 2023.

s/Rex M. Shannon III
REX M. SHANNON III
