# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **AMANDA BOSARGE, individually and on behalf of their minor children, et al.,**<br><br>*Plaintiffs,*<br><br>    -against-<br><br>**DANIEL P. EDNEY**, **in his official capacity as the State Health Officer, et al.,**<br><br>*Defendants.* | Civil Action No. 1:22-cv-00233-HSO-BWR |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs hereby submit the following supplemental authority they intend to rely upon which was recently decided by the Fifth Circuit Court of Appeals: *Feds for Med. Freedom v. Biden*, 63 4th 366, 2023 U.S. App. LEXIS 7018 at *48-49 (5th Cir. Mar. 23, 2023) (en banc).

Dated: April 17, 2023

                                               Respectfully submitted,

                                               **SIRI & GLIMSTAD LLP**

BY:    */s/ **Walker Moller***
           Walker D. Moller, Attorney
           Mississippi Bar Number: 105187
           501 Congress Avenue
           Suite 150 – #343
           Austin, TX 78701
           Tel: (512) 265-5622
           Fax: (646) 417-5967
           wmoller@sirillp.com

Aaron Siri, Esq.
Elizabeth A. Brehm, Esq.
Catherine Cline, Esq.
745 Fifth Ave, Suite 500
New York, NY 10151
Tel: (212) 532-1091
Fax: (646) 417-5967
aaron@sirillp.com
ebrehm@sirillp.com
ccline@sirillp.com

Christopher Wiest
25 Town Center Blvd., Suite 104
Crestview, KY 41017
Tel: (513) 257-1895
Fax: (859) 495-0803
chris@cwiestlaw.com

*Attorneys for Plaintiffs*

2