<u>**1:22cv233**</u>

<u>**Bosarge, et al. v. Edney, et al.**</u>

<u>**EXHIBIT LIST**</u>

<u>**Plaintiff:**</u>

P-1:   Medical Exemption Request
P-2:   Medical Exemption Policy
P-3:   Medical Exemption Report 2021-2022