CASE NO. 1:22cv233
Bozarge, et al
VS. Edney et al
PLAINTIFF'S EXHIBIT P-3
DATE _____ IDEN.
DATE 4/17/2023 EVID.
BY Anne Rafae
Deputy Clerk
AO 386

Case 1:22-cv-00233-HSO-BWR   Document 74-3   Filed 04/17/23   Page 2 of 4



Mississippi State Department of Health

School Immunization
Medical Exemption Report
2021-2022



Source: Mississippi State Department of Health Final School Compliance Report, 2021-2022 school year (Revised 04/18/2022)



Mississippi 2021-2022 School Medical Exemptions By Year, Children Enrolled in Kindergarten-12th Grade

| Year | Exemptions |
|---|---|
| 2016-2017 | 208 |
| 2017-2018 | 255 |
| 2018-2019 | 333 |
| 2019-2020 | 382 |
| 2020-2021 | 374 |
| 2021-2022 | 418 |

Source: Mississippi State Department of Health Final School Compliance Report, 2021-2022 school year (Revised 04/18/2022)