## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DISTRICT

AMANDA BOSARGE, JAQUELYN
BUTLER, KIMBERLY HARRELL,
WILLIAM MORGAN, PASTOR PAUL
PERKINS, BRANDI RENFROE, and DR.
JEANA STANLEY, individually and on
behalf of their minor children,

    *Plaintiffs*,

vs.            Civil Action No. 1:22-cv-233-HSO-BWR

DANIEL P. EDNEY, in his official capacity
as the State Health Officer; LYNN FITCH, in
her official capacity as the Attorney General
of Mississippi; ASHLEY BLACKMAN, in her
official Capacity as Principal of East Central
Lower Elementary School; DR. ARCHIE R.
MITCHELL, in his official capacity as Principal
Of Senatobia Elementary School; ALLISON MERIT,
in her official capacity as Principal of North Bay
Elementary School; DR. ASHLEY ALLRED, in her
official capacity as Principal of Vancleave Upper
Elementary School; and DOUGLAS L. TYNES, in
his official capacity as the City Prosecutor for
Ocean Springs, Mississippi,

    *Defendants*

### NOTICE OF SERVICE

  Defendant, Dr. Daniel P. Edney, provides notice that he has today served the following documents to all known counsel of record:

  1.  Initial Disclosures of Defendant Dr. Daniel P. Edney

Respectfully submitted this the 17th day of April, 2023.

              */s/Erin Saltaformaggio*
              Michael J. Bentley [MBN 102631]
              Erin Saltaformaggio [MBN 103999]

esaltaformaggio@bradley.com
BRADLEY ARANT BOULT CUMMINGS, LLP
Suite 1000, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

*Attorneys for Dr. Daniel P. Edney*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2023, I filed the foregoing using the Court's ECF filing system which sends notice to all counsel of record.

*/s/Erin Saltaformaggio*
OF COUNSEL