UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **AMANDA BOSARGE, individually and on behalf of their minor children, et al.,**<br><br>*Plaintiffs,*<br><br>-against-<br><br>**DANIEL P. EDNEY**, **in his official capacity as the State Health Officer, et al.,**<br><br>*Defendants.* | Civil Action No.<br>1:22-cv-00233-HSO-BWR |

## NOTICE OF SERVICE

Plaintiffs provide notice that they have today served the following documents to all known counsel of record:

1. Initial Disclosures of Plaintiffs.

Date: April 17, 2023

                                                                     Respectfully submitted,

                                                                      ***/s/ Walker Moller***
                                                                      Walker D. Moller, Attorney
                                                                      SIRI | GLIMSTAD LLP
                                                                      1005 Congress Avenue
                                                                      Suite 925-C36
                                                                      Austin, TX 78701
                                                                      Tel: (512) 265-5622
                                                                      Fax: (646) 417-5967
                                                                      wmoller@sirillp.com

                                                                      Aaron Siri, Attorney*
                                                                      Elizabeth A. Brehm, Attorney*
                                                                      Catherine Cline, Attorney*
                                                                      SIRI | GLIMSTAD LLP
                                                                      745 Fifth Ave, Suite 500

New York, NY 10151
Tel: (212) 532-1091
Fax: (646) 417-5967
aaron@sirillp.com
ebrehm@sirillp.com
ccline@sirillp.com

Christopher Wiest, Attorney*
25 Town Center Blvd., Suite 104
Crestview, KY 41017
Tel: (513) 257-1895
Fax: (859) 495-0803
chris@cwiestlaw.com

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

    I, Walker D. Moller, Attorney for Plaintiffs, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.


                                                  /s/ Walker Moller

                                                  Walker D. Moller, Attorney