IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMANDA BOSARGE, et al.                                                          PLAINTIFFS

v.                                           CIVIL ACTION NO.: 1:22-CV-00233-HSO-BWR

DANIEL P. EDNEY, et al.                                                         DEFENDANTS

### JOINT MOTION FOR AGREED ORDER
### SUBSTITUTING PARTY

COME NOW, Plaintiffs, through counsel, and Defendant Douglas L. Tynes in his official capacity, through counsel, and file this their Joint Motion for an Agreed Order Substituting J. Tyler Cox in place of Douglas L. Tynes, and in support would show unto the Court the following, to-wit:

I.

Defendant Douglas L. Tynes has been sued in his official capacity as the City Prosecutor for the City of Ocean Springs, Mississippi.  J. Tyler Cox has recently been appointed by the City of Ocean Springs to serve as City Prosecutor.  Under Fed.R.Civ.P. 25(d) "[a]n action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending.  The officer's successor is automatically substituted as a party.  Later proceedings should be in the substituted party's name..."  Thus, the undersigned counsel respectfully request the Court to substitute J. Tyler Cox in place of Douglas L. Tynes and for such other and further relief as the Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the undersigned respectfully request the Court substitute J. Tyler Cox in place of Douglas L. Tynes in his official capacity as the City Prosecutor for Ocean Springs, Mississippi.

Respectfully submitted this the 21st day of June, 2023.

DOUGLAS L. TYNES, IN HIS OFFICIAL CAPACITY AS CITY PROSECUTOR FOR OCEAN SPRINGS, MISSISSIPPI, *Defendant*

By:   */s/ A. Kelly Sessoms, III*
Robert W. Wilkinson (MS Bar No. 7215)
A. Kelly Sessoms, III (MS Bar No. 9466)
Wilkinson, Williams, Bosio & Sessoms, PLLC
734 Delmas Avenue (39567)
Post Office Box 1618
Pascagoula, MS 39568-1618
228-762-2272 fax
228-762-3223 fax
rwilkinson@wwbslaw.com
ksessoms@wwbslaw.com


AMANDA BOSARGE, ET AL., Plaintiffs

By:   */s/ Walker D. Moller*
Walker D. Moller (MS Bar No. 105187)
Siri & Glimstad LLP
501 Congress Avenue, Suite 150 - #343
Austin, TX
512-265-5622 phone
646-417-5967 fax
wmoller@sirillp.com