IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMANDA BOSARGE, et al.                                                    PLAINTIFFS

v.                                      CIVIL ACTION NO.: 1:22-CV-00233-HSO-BWR

DANIEL P. EDNEY, et al.                                                   DEFENDANTS

## AGREED ORDER SUBSTITUTING PARTY

THIS cause having come for haring on the Joint Motion for Agreed Order Substituting Party by the Plaintiffs and Douglas L. Tynes, in his official capacity as the City Prosecutor of Ocean Springs, Mississippi, and the Court having considered said Motion, and being otherwise advised in the premises, finds that said Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that J. Tyler Cox, in his official capacity as the City Prosecutor for Ocean Springs, Mississippi be substituted in place of Douglas L. Tynes, in his official capacity as the City Prosecutor for Ocean Springs, Mississippi. Further, the Clerk of Court is directed to amend the docket to reflect the substituted party, J. Tyler Cox and all parties shall amend the style going forward to reflect the same.

SO ORDERED this the 26th day of June, 2023.

s/ *Bradley W. Rath*
_____
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

Approved:

Walker D. Moller                        A. Kelly Sessoms, III
Counsel for Plaintiffs                  Counsel for Defendant, Douglas L. Tynes, in his
                                        official capacity as City Prosecutor for Ocean
                                        Springs, Mississippi