# Religious Exemption Process

**EXHIBIT A**

    

### Request Religious Exemption

- Parent/guardian accesses Religious Exemption Request Form www.msdh.ms.gov
- Completes Form
- Schedules Appointment at Local Health Department

### Health Department Appointment

- Brings or completes Religious Exemption Form at Health Department
- Parent views vaccine education video
- Nurse counsels parent/guardian on benefits and risk of immunizations
- Nurse signs Request and sends to Office of Immunizations

### Office of Immunizations

- Reviews request for completeness
- Prepares Medical/Religious Exemption Certificate and packet.
- Presents religious exemption to State Epidemiologist for acceptance

### State Epidemiologist

- Reviews and accepts completed religious exemption request with signature of Certificate of Medical/Religious Exemption

### Process Completion

- Exemption is recorded in MIIX
- Certificate of Medical/Religious Exemption to school and parent/guardian

| Mississippi State Department of Health<br>IMMUNIZATION MANUAL M-201 | TOPIC: Laws Regulations Requirements |
|---|---|
| **Issue Date May 2, 1997** | **Process Owner: Immunizations** |
| **Revision Number: 7** **Revision Date: June 19, 2023** | **Section 7.0** |
| **Last Review Date: June 19, 2023** | **Page 1 of 11** |

### 7.1 MS School Immunization Laws

**MS School Entry Requirements**

In order to enroll in any public or private kindergarten, elementary, or secondary school in Mississippi, a student must provide the school with a:

**Certificate of Immunization Compliance (Form 121)** – <u>**MUST** be signed by the Regional Health Officer, a physician, nurse or MIIX validated.</u>
   **or a**
**Certificate of Medical/Religious Exemption (Form 122)** - <u>**is not computer generated**</u>. <u>This form **MUST** be signed by the State Epidemiologist or Deputy State Epidemiologist</u> (refer to the Medical and/or Religious Exemption sections for specific information.)

The list of required immunizations is specified by the State Health Officer and is promulgated at least annually as directed by state statute. All vaccines are to be given at the appropriate age and intervals according to ACIP recommendations.

The MS Immunization Requirement and Schedules can be found on the MSDH website: at
https://msdh.ms.gov/msdhsite/_static/resources/2029.pdf


### 7.2 Immunization Requirements for Out-of-State Students
**All out-of-state students and foreign students attending childcare or K-12 school (public or private) in Mississippi must adhere to the following immunization requirements.**

- Students are required to be age appropriately immunized with all required vaccines per Mississippi School Immunization Law and Child Care requirements. All appropriate immunizations must be documented on the Form 121 or Medical or Religious Exemptions as documented on Form 122 and be presented upon admission.

   **For example**: **a child entering the 8th grade will be required to meet all kindergarten and 7th grade entry requirements.**

The standard immunization schedule is available at all health department clinics and the catch-up schedule for those children who are not current is available in the Epidemiology and Prevention of Vaccine-Preventable Diseases - ("Pink Book").



| Mississippi State Department of Health<br>IMMUNIZATION MANUAL M-201 | TOPIC: Laws Regulations<br>Requirements |
|---|---|
| **Issue Date May 2, 1997** | **Process Owner: Immunizations** |
| **Revision Number: 7**   **Revision Date: June 19, 2023** | **Section 7.0** |
| **Last Review Date: June 19, 2023** | **Page 2 of 11** |

### 7.3 Medical Exemptions

**General Instructions**

To request a medical exemption from one or more required vaccinations, the MSDH Medical Exemption Request (Form 139-M) must be completed and signed by the child's physician (pediatrician, family practitioner, or internist) who is duly licensed in Mississippi. Children receiving specialized or tertiary care outside of the state may have medical exemption requests completed and signed by their out of state tertiary or specialty care physician, as indicated

All medical exemption requests submitted by a child's Mississippi licensed primary care physician (pediatrician, family practitioner, in state tertiary care specialist or internist) that are fully complete, including indication of the medical reason and designation of the exempted vaccines, and signed by the child's physician **will be accepted** by MSDH. Medical exemption requests completed and signed by an out of state tertiary care physician will be reviewed individually.

All medical exemption requests are submitted to the MSDH Office of Immunizations by the provider, reviewed for completeness, and signed by the State Epidemiologist or Deputy State Epidemiologist.

Once the medical exemption request is signed by the State Epidemiologist or Deputy State Epidemiologist, a Certificate of Medical/Religious Exemption (Form 122) will be issued. Only the Certificate of Medical/Religious Exemption (Form 122) signed and dated by the State Epidemiologist or Deputy State Epidemiologist provides official, documented proof that a child has been issued a medical exemption by MSDH. The original Certificate of Medical/Religious Exemption (Form 122) will be housed at MSDH with a copy mailed to the parent and the requesting physician.

Follow up and requests for additional information will be conducted by the State Epidemiologist or Deputy State Epidemiologist for out-of-state medical exemption requests if needed. The parent and the requesting physician will be contacted in the event that the out-of-state medical exemption request is not accepted.



| Mississippi State Department of Health<br>IMMUNIZATION MANUAL M-201 | | TOPIC: Laws Regulations Requirements |
|---|---|---|
| **Issue Date May 2, 1997** | | **Process Owner: Immunizations** |
| **Revision Number 2** | **Revision Date: June 19, 2023** | **Section 7.0** |
| **Last Review Date: June 19, 2023** | | **Page 3 of 11** |

**Requesting a Medical Exemption**

Any requested medical exemption will be accepted if it meets the following criteria.

- The MSDH [Medical Exemption Request](#) (Form 139-M) must be completed and signed by the child's physician (pediatrician, family practitioner, in state tertiary care specialist or internist) who is duly licensed in Mississippi.
  Medical exemption requests completed and signed by an out of state tertiary care physician will be reviewed individually.

- The same requesting physician (pediatrician, family practitioner, internist, or tertiary care physician) must indicate on Form 139-M the medical condition of the child seeking exemption and indicate the exemption status for each of the listed vaccines.

- Form 139-M must be submitted to the Mississippi State Department of Health, Office of Immunizations.

- The State Epidemiologist or Deputy State Epidemiologist will review, accept, and sign the completed medical exemption request and MSDH mail a copy of the Certificate of Medical/Religious Exemption (Form 122) to the parent and the pediatrician, family practitioner, internist, or tertiary care physician who submitted the Medical Exemption Request. The original Certificate of Medical/ Religious Exemption (Form 122) will be housed at MSDH.

- Data regarding medical exemptions will be maintained on the MSDH website at
  [Vaccine Exemptions - Mississippi State Department of Health (ms.gov)](#)
  The exemption expiration date will be based on the circumstances for the exemption and will be no less than one school year unless otherwise indicated on the request.

| Mississippi State Department of Health<br>IMMUNIZATION MANUAL M-201 | TOPIC: Laws Regulations Requirements |
|---|---|
| **Issue Date May 2, 1997** | **Process Owner: Immunizations** |
| **Revision Number: 7**  **Revision Date: June 19, 2023** | **Section 7.0** |
| **Last Review Date: June 19, 2023** | **Page 4 of 11** |

This policy will not amend the school law Section 41-23-37, Mississippi Code of 1972. Children with a Certificate of Medical/Religious Exemption who are not adequately immunized will be excluded from school if there is a threat of vaccine preventable diseases occurring in the community. The child will be excluded until the infectious disease is no longer present or is no longer a threat to the safety and welfare of the child or other children in the school.

Questions regarding the medical exemption process or the medical exemption request form should be directed to the Office of Immunizations (601) 576-7751.

The medical exemption request form should be sent to the Mississippi State Department of Health to the attention of the Office of Immunizations.

Mississippi State Department of Health

Office of Immunizations

570 E. Woodrow Wilson, O-420
Post Office Box 1700
Jackson, MS 39215-1700
Telephone: (601) 576-7725
Fax: (601) 576-7497

The State Epidemiologist or Deputy State Epidemiologist can also be reached at (601) 576-7725.



| **Mississippi State Department of Health**<br>**IMMUNIZATION MANUAL M-201** || **TOPIC: Laws Regulations<br>            Requirements** |
|---|---|---|
| **Issue Date May 2, 1997** || **Process Owner: Immunizations** |
| **Revision<br>Number: 7** | **Revision Date: June 19, 2023** | **Section  7.0** |
| **Last Review Date: June 19, 2023** || **Page 5 of 11** |

**7.4  Religious Exemptions**

   **General Instructions**

   To request a religious exemption from one or more required vaccinations for Mississippi school entry, the parent or guardian must complete the MSDH Religious Exemption Request (Form 139-R) and submit to the County Health Department (appointment is required).

   A review of all religious exemption requests for completeness will be conducted at the Mississippi State Department of Health.  Complete Religious exemption requests submitted per MSDH policy will be accepted and signed by the State Epidemiologist or Deputy State Epidemiologist. Once the request is reviewed and accepted, a Certificate of Medical/Religious Exemption (Form 122) will be issued. Only the Certificate of Medical/Religious Exemption (Form 122) **signed and dated by the State Epidemiologist or Deputy State Epidemiologist** provides official, documented proof that a child has been issued a medical/religious exemption by MSDH. The original Certificate of Medical/Religious Exemption (Form 122) will be housed at MSDH with a copy mailed to the parent and the daycare or school indicated on the Religious Exemption Request Form.

   **Requesting a Religious Exemption**

   Any requested religious exemption will be accepted by MSDH, and a Certificate of Medical/Religious Exemption issued if following guidelines are met.

- The MSDH Religious Exemption Request (Form 139-R) must be completed signed and submitted to the County Health Department (appointment is required) by the child's parent or guardian.

- The parent/guardian will review the Vaccine Education video and will be given the opportunity to ask questions.

- The Public Health Nurse will discuss the benefits and risks of immunizations with the parent/guardian.

- The Public Health Nurse will inform the parent/guardian that if any vaccine-preventable diseases for which the child has not been adequately immunized are occurring in or threatening to occur in the



community, the child will, for the safety and benefit of him/herself and other children, be excluded from day care/school until the infectious disease is no longer present or is no longer a threat to the safety and welfare of the child or other children in the day care/school.

- The form 139-R must be submitted by the County Health Department to the Mississippi State Department of Health, Office of Immunizations through intraoffice mail.

- The State Epidemiologist or Deputy State Epidemiologist will accept and sign any Religious Exemption request that includes all the required components.  MSDH will mail a copy of the signed Certificate of Medical/Religious Exemption (Form 122) to the parent and the daycare or school indicated on the Religious Exemption Request. The original Certificate of Medical/Religious Exemption (Form 122) will be housed at MSDH.

    Data regarding medical/religious exemptions will be posted annually and will be maintained on the MSDH website at  Vaccine Exemptions - Mississippi State Department of Health (ms.gov) .

    This policy will not amend the school law Section 41-23-37, Mississippi Code of 1972. Children with a Certificate of Medical/Religious Exemption who are not adequately immunized will be excluded from school if there is a threat of vaccine preventable diseases occurring in the community. The child will be excluded until the infectious disease is no longer present or is no longer a threat to the safety and welfare of the child or other children in the school.

    Questions regarding the religious exemption process or the religious exemption request form should be directed to the Office of Immunizations at (601) 576-7751.



# Medical Exemption Request

**INSTRUCTIONS**

- The child's pediatrician, family physician, or internist licensed in Mississippi must complete and submit this form to the State Epidemiologist or Deputy State Epidemiologist. Forms completed by a child's out-of-state tertiary care physician will be reviewed on a case-by-case basis. See Vaccine Exemptions - Mississippi State Department of Health (ms.gov) for additional details.
- Once the Medical Exemption is accepted and signed by the State Epidemiologist or Deputy State Epidemiologist, a copy is sent by mail to the physician and the parent at the addresses indicated below.

Date of Request: _____ Name of School/Child Care Facility: _____ City/County: _____

Name of Child: _____ Date of Birth: _____
　　　　　　　　　　Last　　　　　　　　First　　　　　　　　MI

Name of Parent: _____ Phone Number: _____
　　　　　　　　　　Last　　　　　　　　First　　　　　　　　MI

Address: _____
　　　　　　Street　　　　　　　　　　City　　　　　　　　　　　　State　　　　　Zip

**Indicate the exemption status for each vaccine in the table below (an exemption status is required for each vaccine):**

**Indicate the exemption status for each vaccine by checking the correct box in the table below (an exemption status is required for each vaccine):**

| Vaccine | Permanent | Temporary (Include Date) | No Exemption |
|---|---|---|---|
| **DTaP** | | | |
| **Hepatitis B** | | | |
| **Hib*** | | | |
| **IPV** | | | |

| Vaccine | Permanent | Temporary (Include Date) | No Exemption |
|---|---|---|---|
| **MMR** | | | |
| **Pneumococcal** | | | |
| **Tdap**** | | | |
| **Varicella** | | | |

*For childcare only　　　　　　　　　　　　　　　　**For 7th grade entry

Indicate reason for medical exemption (use additional sheets if needed) _____
_____

Print name of child's pediatrician, family physician, or internist licensed in Mississippi (or out-of-state tertiary care physician)
_____

Address _____
　　　　　Street　　　　　　　　　　City　　　　　　　　　　　State　　　　　Zip

Telephone Number _____　　　Fax Number _____

I declare that:
- In my medical opinion, the named individual has a medical reason for exemption from the above vaccines and that the physical condition of this child to be such that the vaccination(s) specified on this form would endanger their life or health and outweighs the risk of death or disability from the vaccine preventable disease.
- I have discussed the benefits and risks of immunizations with the parent/guardian as a condition for exemption.
- I have informed the parent/guardian that if any vaccine-preventable diseases for which the child has not been adequately immunized are occurring in or threatening to occur in the community, the child will, for the safety and benefit of him/herself and other children, be excluded from day care/school until the infectious disease is no longer present or is no longer a threat to the safety and welfare of the child or other children in the day care/school.

Signature of child's pediatrician/family physician/internist licensed in Mississippi: _____
*(Or out-of-state tertiary care physician)*

Mississippi Medical License Number _____　　　NPI#: _____

*(Or out-of-state tertiary care physician)*

**This document should be submitted to the State Epidemiologist or Deputy State Epidemiologist at MSDH in Jackson, Mississippi.**
**Mail to: MSDH Epidemiology Office, Post Office Box 1700, Jackson, Mississippi, 39215, or fax to (601) 576-7686**

Mississippi State Department of Health　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 139-M
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Revised: 05/15/2023

# Religious Exemption Request

**INSTRUCTIONS**

- The child's parent or guardian must complete and sign the Religious Exemption Request Form indicating the vaccines for which the child will be exempted.
- Submit the completed form to the County Health Department **(appointment is required).** For information regarding County Health Department hours of operation go to www.msdh.ms.gov and to schedule an appointment call 855-767-0170.
- Additional steps will be completed at the County Health Department. For more about the process visit www.msdh.ms.gov .
- The completed Religious Exemption Request is submitted to the State Epidemiologist or Deputy State Epidemiologist for signature, and a copy is sent by mail to the school and the parent/guardian at the addresses indicated below.

Date of Request _____ Name of School/Child Care Facility: _____ City and County: _____

Name of Child _____ Date of Birth: _____
　　　　　　　　　　Last　　　　　　　　First　　　　　　　MI

Name of Parent/Guardian: _____ Phone Number: _____
　　　　　　　　　　　　　Last　　　　　　　First　　　　　　　MI

Address: _____
　　　　　Street　　　　　　　　　　　City　　　　　　　　　　　　　State　　　　　　Zip

**Indicate the exemption status for each vaccine by checking the correct box in the table below (an exemption status is required for each vaccine):**

| Vaccine | Permanent | No Exemption |
|---|---|---|
| DTaP | | |
| Hepatitis B | | |
| Hib* | | |
| IPV | | |

| Vaccine | Permanent | No Exemption |
|---|---|---|
| MMR | | |
| Pneumococcal | | |
| Tdap** | | |
| Varicella | | |

*For childcare only.　　　　　　　　　　　　　　**For 7th grade entry only.

I, _____, am requesting a religious exemption from the above vaccines for my child, _____.

- I understand that not vaccinating my child with the vaccination(s) specified above can endanger their life or health, and the life or health of other children; and that the religious reasons for not vaccinating my child outweigh the risk of death or disability to my child or other children from the vaccine preventable disease.
- I understand that if any vaccine-preventable diseases for which my child has not been adequately immunized are occurring in or threatening to occur in the community, my child will, for the safety and benefit of him/herself and other children, be excluded from day care/school until the infectious disease is no longer present or is no longer a threat to the safety and welfare of my child or other children in the day care/school.

Parent/Guardian signature: _____ Date_____

Location of County Health Department: _____

---

Verification of Process:
- Religious Exemption Request completed and signed by parent/guardian.
- Parent/guardian has viewed Vaccine Education video and has been given the chance to ask questions.
- I have discussed the benefits and risks of immunizations with the parent/guardian as a condition for exemption.
- I have informed the parent/guardian that if any vaccine-preventable diseases for which the child has not been adequately immunized are occurring in or threatening to occur in the community, the child will, for the safety and benefit of him/herself and other children, be excluded from day care/school until the infectious disease is no longer present or is no longer a threat to the safety and welfare of the child or other children in the day care/school.

Signature of Health Department Nurse_____ Date: _____
Printed Name of Health Department Nurse_____
County of Health Department: _____Phone:_____

**This document should be submitted through intraoffice mail to: Office of Immunizations MSDH Central Office in Jackson, Mississippi**

Mississippi State Department of Health　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 139- R
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　05/15/2023

# Certificate of Medical/Religious Exemption

Name of Student: _____     Birthdate: _____

Name of Parent: _____

Address: _____  _____  _____  _____
       *Street*           *City*    *State*    *Zip*

☐ Medical Exemption – A medical exemption from the required vaccinations for the above-named individual is hereby issued on the basis of a specific medical condition initiated by the child's pediatrician, family physician, or internist.

☐ Religious Exemption - A religious exemption from the required vaccinations for the above-named individual is hereby issued on the basis of religious reasons requested by the guardian/parent.

## Vaccines Exempted

|  | DTaP | DT-Ped | Tdap | Td-Adult | IPV | Measles |
|---|---|---|---|---|---|---|
| Permanently |  |  |  |  |  |  |
| Temporarily Until: Date |  |  |  |  |  |  |

|  | Mumps | Rubella | Hep B | VAR | Hib | Pneumococcal |
|---|---|---|---|---|---|---|
| Permanently |  |  |  |  |  |  |
| Temporarily Until: Date |  |  |  |  |  |  |

Physician/Health Provider/HD: _____

Address:
_____
   Street        City      State    Zip

Telephone Number: _____

Accepted by State Epidemiologist or Deputy State Epidemiologist:

      Signature                 Date

**School Officials**: *Do Not* File this form in cumulative folder. The form *must* be maintained in a separate file and reviewed periodically to ensure validity
**This form may be used for Day Care or K -12 Exemptions.**

Mississippi State Department of Health                   Form 122
                                         Revised 05/15/2023