# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **AMANDA BOSARGE, individually and on behalf of their minor children, et al.,**<br><br>*Plaintiffs,*<br><br>-against-<br><br>**DANIEL P. EDNEY**, **in his official capacity as the State Health Officer, et al.,**<br><br>*Defendants.* | Civil Action No. 1:22-cv-00233-HSO-BWR |

## JOINT STIPULATION TO DISMISS ACTION AGAINST DEFENDANTS LYNN FITCH AND J. TYLER COX

The parties hereby stipulate that Defendants Lynn Fitch, in her official capacity as the Attorney General of Mississippi, and J. Tyler Cox in his official capacity as the City Prosecutor for Ocean Springs, Mississippi, are dismissed WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This stipulation shall have no effect upon the remaining Defendants.

Dated: August 29, 2023

**SIRI & GLIMSTAD, LLP**

| | |
|---|---|
| */s/ Walker Moller*<br>Walker D. Moller, Attorney<br>Mississippi Bar Number: 105187<br>501 Congress Avenue<br>Suite 150 – #343<br>Austin, TX 78701<br>Tel: (512) 265-5622<br>Fax: (646) 417-5967<br>wmoller@sirillp.com<br><br>Aaron Siri, Esq.<br>Elizabeth A. Brehm, Esq. | */s/ Rex M. Shannon*<br>Rex M. Shannon III, Esq.<br>Special Assistant Attorney General<br>Deputy Director, Civil Litigation Division<br>Mississippi Attorney General's Office<br>550 High Street, Suite 1100<br>Post Office Box 220<br>Jackson, Mississippi  39205-0220<br>Telephone: (601) 359-4184<br>rex.shannon@ago.ms.gov<br><br>*Counsel for Defendant Attorney General* |

| | |
|---|---|
| Catherine Cline, Esq.<br>745 Fifth Ave, Suite 500<br>New York, NY 10151<br>Tel: (212) 532-1091<br>Fax: (646) 417-5967<br>aaron@sirillp.com<br>ebrehm@sirillp.com<br>ccline@sirillp.com<br><br>Christopher Wiest<br>25 Town Center Blvd., Suite 104<br>Crestview, KY 41017<br>Tel: (513) 257-1895<br>Fax: (859) 495-0803<br>chris@cwiestlaw.com<br><br>*Attorneys for Plaintiffs* | *Lynn Fitch*<br><br>*/s/ Kelly Sessoms, III*<br>A. Kelly Sessoms, III<br>Wilkinson, Williams, Bosio & Sessoms, PLLC<br>734 Delmas Avenue<br>P.O. Box 1618<br>Pascagoula, MS 39568-1618<br>Tel: 228-762-2272<br>Fax: 228-762-3223<br>ksessoms@wwbslaw.com<br><br>*Counsel for Defendant J. Tyler Cox* |