IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **AMANDA BOSARGE,** *individually and on behalf of their minor children*, et al. | § § § § § | **PLAINTIFFS** |
| v. | § § | Civil No. 1:22cv233-HSO-BWR |
| **DANIEL P. EDNEY,** *in his official capacity as the State Health Officer*, et al. | § § § § | **DEFENDANTS** |

**ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT LYNN FITCH, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF MISSISSIPPI, AND DEFENDANT J. TYLER COX, IN HIS OFFICIAL CAPACITY AS THE CITY PROSECUTOR FOR OCEAN SPRINGS, MISSISSIPPI**

In accordance with the Joint Stipulation [85] to Dismiss Action filed by Plaintiffs and Defendants Lynn Fitch, in her official capacity as the Attorney General of Mississippi (the "Fitch"), and J. Tyler Cox, in his official capacity as the City Prosecutor for Ocean Springs, Mississippi ("Cox"), the Court finds that Plaintiffs' claims against Fitch and Cox should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).  This Order shall have no effect upon the remaining Defendants.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiffs' claims against Defendant Lynn Fitch, in her official capacity as the Attorney General of Mississippi, and Defendant J. Tyler Cox, in his official capacity as the

City Prosecutor for Ocean Springs, Mississippi, are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 29th day of August, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

2