IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **AMANDA BOSARGE,** *individually and on behalf of their minor children*, et al. | § § § § § | **PLAINTIFFS** |
| v. | § § | Civil No. 1:22cv233-HSO-BWR |
| **DANIEL P. EDNEY,** *in his official capacity as the State Health Officer*, et al. | § § § § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order dismissing Plaintiffs' claims against Defendant Lynn Fitch, in her official capacity as the Attorney General of Mississippi, and J. Tyler Cox, in his official capacity as the City Prosecutor for Ocean Springs, Mississippi, and the Order granting Plaintiffs' Motion [83] for Summary Judgment and Permanent Injunction, which were both entered this date in this case, as well as the Voluntary Dismissal [62] filed on December 14, 2022; the Joint Stipulation of Voluntary Dismissal [63] filed on December 20, 2022; the Agreed Order [81] filed on June 26, 2023; and the Joint Stipulation of Dismissal [85] filed on August 29, 2023,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 29th day of August, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE