UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **AMANDA BOSARGE**, individually and on behalf of their minor children, et al.,<br><br>*Plaintiffs,*<br><br>-against-<br><br>**DANIEL P. EDNEY**, in his official capacity as the State Health Officer, et al.,<br><br>*Defendants.* | Civil Action No. 1:22-cv-00233-HSO-BWR |

## PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS AGAINST DEFENDANT DANIEL P. EDNEY

COME NOW Plaintiffs, by and through counsel, in accordance with 42 U.S.C. § 1983, 42 U.S.C. § 1988, and Rule 54(c) of the Local Uniform Civil Rules of the Southern District of Mississippi, and respectfully move for an award of attorneys' fees and costs reasonably incurred in the above-captioned matter against Defendant Daniel P. Edney. Plaintiffs submit the accompanying memorandum of points and authorities, with the exhibits attached hereto and described below, in support of this motion.

| **Exhibit A** | Declaration of Walker Moller |
|---|---|
| **Exhibit B** | Declaration of Aaron Siri<br>- <u>Exhibit 1</u>: Itemization of expenses and time expended for Siri & Glimstad LLP |
| **Exhibit C** | Declaration of Louis H. Watson |
| **Exhibit D** | Declaration of Chris Wiest<br>- <u>Exhibit 1</u>: Itemization of expenses and time expended for Christopher Wiest |
| **Exhibit E** | Declaration of Elizabeth A. Brehm |

Date: September 21, 2023

                                            Respectfully submitted,

                                            SIRI & GLIMSTAD LLP

BY:     */s/ Walker D. Moller*
          Walker D. Moller, Attorney
          Mississippi Bar Number: 105187
          1005 Congress Avenue
          Suite 925 – C36
          Austin, TX 78701
          Tel: (512) 265-5622
          Fax: (646) 417-5967
          wmoller@sirillp.com

          Aaron Siri, Esq.
          Elizabeth A. Brehm, Esq.
          Catherine Cline, Esq.
          745 Fifth Ave, Suite 500
          New York, NY 10151
          Tel: (212) 532-1091
          Fax: (646) 417-5967
          aaron@sirillp.com
          ebrehm@sirillp.com
          ccline@sirillp.com

          Christopher Wiest
          25 Town Center Blvd., Suite 104
          Crestview, KY 41017
          Tel: (513) 257-1895
          Fax: (859) 495-0803
          chris@cwiestlaw.com

          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that I have served a copy of the foregoing upon all counsel of record, via CM/ECF, this 21st day of September, 2023.

                                            */s/ Walker Moller*
                                            Walker D. Moller, Attorney