# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **AMANDA BOSARGE, individually and on behalf of their minor children, et al.,**<br><br>*Plaintiffs,*<br><br>    -against-<br><br>**DANIEL P. EDNEY**, **in his official capacity as the State Health Officer, et al.,**<br><br>*Defendants.* | Civil Action No. 1:22-cv-00233-HSO-BWR |

### DECLARATION OF ATTORNEY WALKER MOLLER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, Walker Moller, declare as follows:

1. I am an adult over 18 years of age and am an attorney duly licensed to practice law before all courts of the States of Mississippi and Texas. I am an associate with the law firm of Siri & Glimstad LLP ("**the Firm**") and counsel for Plaintiffs in the above-referenced action. I make this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs in the above-referenced action. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs pursuant to 42 U.S.C. § 1983, 42 U.S.C. § 1988, and Rule 54(c) of the Local Uniform Civil Rules of the Southern District of Mississippi.

3. I have nine years of litigation experience. I graduated *cum laude* from Mississippi State University, receiving a bachelor's degree in Business Administration in 2006, and *summa*

1

*cum laude* from Mississippi College School of Law in 2014. I am licensed to practice before courts in the States of Mississippi and Texas. I clerked for the Honorable Robert G. James of the Western District of Louisiana from 2014-2015, and from 2015-2021, I was an assistant district counsel for the U.S. Army Corps of Engineers, where I litigated employment law and federal procurement cases in various federal administrative courts. I left the Corps of Engineers to join the Firm, where I have practiced before federal courts in Mississippi, Texas, Delaware, Michigan, New York, California, North Carolina, Tennessee, Arizona, Connecticut, and West Virginia, at both the trial and appellate level. An appropriate fee for my services is at least $325 per hour.

4. My and my firm's representation in this case commenced in early 2022. In April 2022, I developed a relationship with Plaintiffs in this case and they each signed engagement letters shortly thereafter.

5. The representation options for the Plaintiffs in this case were exceedingly limited because this case involved ingrained vaccination policies that enjoyed widespread public support, because defending the rights of unvaccinated individuals is not a lucrative practice area that other attorneys were willing to take on, and additionally because there were not many, if any, attorneys who successfully perform the type of work presented by this case.

### Discussions with Opposing Counsel

6. During the course of my representation of Plaintiffs, and after the Court entered its final order, on September 14, 2023, I reached out to Defendants to discuss Plaintiffs' request for attorneys' fees and costs. I attached to that communication an itemized list of time billed and resulting fees.

7. Following that communication, my colleague Attorney Elizabeth Brehm carefully reviewed the time entries and made significant cuts, deleting and/or reducing time entries for any duplicative, unnecessary, or otherwise potentially objectionable entries.

8. Based on a review of my records, this section will break down my time into two broad time periods: (1) entries related to the April 17, 2023 Preliminary Injunction Hearing; and (2) entries not related to the April 17, 2023 Preliminary Injunction Hearing.

| PI-Hearing-Related Hours | Non-PI Hearing-Related Hours | Rate | Total |
| --- | --- | --- | --- |
| 41.9 | 244.6 | $325 | $93,112.50 |

Dated: September 21, 2023            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SIRI & GLIMSTAD LLP

　　　　　　　　　　　　　　　　　　　BY:   */s/ Walker D. Moller*
　　　　　　　　　　　　　　　　　　　　　　　Walker D. Moller, Attorney
　　　　　　　　　　　　　　　　　　　　　　　Mississippi Bar Number: 105187
　　　　　　　　　　　　　　　　　　　　　　　1005 Congress Avenue
　　　　　　　　　　　　　　　　　　　　　　　Suite 925 – C36
　　　　　　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　　　　　　Tel: (512) 265-5622
　　　　　　　　　　　　　　　　　　　　　　　Fax: (646) 417-5967
　　　　　　　　　　　　　　　　　　　　　　　wmoller@sirillp.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*