UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DISTRICT

AMANDA BOSARGE, JAQUELYN
BUTLER, KIMBERLY HARRELL,
WILLIAM MORGAN, PASTOR PAUL
PERKINS, BRANDI RENFROE, and DR.
JEANA STANLEY, individually and on
behalf of their minor children,

*Plaintiffs,*

v.                                                            Civil Action No. 1:22-cv-233-HSO-BWR

DANIEL P. EDNEY, in his official capacity
as the State Health Officer; LYNN FITCH, in
her official capacity as the Attorney General
of Mississippi; ASHLEY BLACKMAN, in her
official Capacity as Principal of East Central
Lower Elementary School; DR. ARCHIE R.
MITCHELL, in his official capacity as Principal
Of Senatobia Elementary School; ALLISON MERIT,
in her official capacity as Principal of North Bay
Elementary School; DR. ASHLEY ALLRED, in her
official capacity as Principal of Vancleave Upper
Elementary School; and DOUGLAS L. TYNES, in
his official capacity as the City Prosecutor for
Ocean Springs, Mississippi,

*Defendants.*

DEFENDANT DANIEL P. EDNEY'S JOINDER IN
ATTORNEY GENERAL'S RESPONSE IN OPPOSITION TO
PLAINTIFFS' MOTION SEEKING DEADLINE BY WHICH TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS

Defendant Dr. Daniel P. Edney, State Health Officer, hereby joins and adopts

Attorney General Lynn Fitch's Response in Opposition to Plaintiffs' Motion Seeking

1

Deadline By Which to File Motion for Attorneys' Fees and Costs, ECF No. 92, and the Attorney General's supporting Memorandum of Authorities, ECF No. 93.

Respectfully submitted: September 29, 2023.

s/ Michael J. Bentley
Michael J. Bentley [MBN 102631]
Erin Saltaformaggio [MBN 103999]
mbentley@bradley.com
esaltaformaggio@bradley.com
BRADLEY ARANT BOULT
CUMMINGS, LLP
Suite 1000, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

*Attorneys for Dr. Daniel P. Edney,
State Health Officer*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I filed the foregoing using the Court's ECF filing system which sends notice to all counsel of record.

s/Michael J. Bentley
*Attorney for Dr. Daniel P. Edney,
State Health Officer*
